FILED
SEP 2 3 2005
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

CALIFORNIA HUMAN DEVELOPMENT CORPORATION,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

Case No. 1029C

**COMPLAINT**

Plaintiff, California Human Development Corporation ("CHDC"), by its undersigned attorneys, hereby files this Complaint for monetary damages against the defendant, the United States of America.

**JURISDICTION**

Jurisdiction is proper under 28 U.S.C. § 1491(a)(1), which gives the United States Court of Federal Claims jurisdiction to render judgment upon any claim against the United States founded upon any express or implied contract with the United States or for damages in cases not sounding in tort. Jurisdiction is also proper in this Court pursuant to 28 U.S.C. § 1491(a)(2), which provides that the Court of Federal Claims shall have jurisdiction to render judgment on any claim by or against, or dispute with, a contractor arising under section 10(a)(1) of the Contract Disputes Act of 1978, including a dispute concerning a termination of contract and other non-monetary disputes on which a decision of the contracting officer has been issued under section 6 of that Act. 41 U.S.C. §§ 605, 609. This court also has exclusive jurisdiction over non-tort money damage claims against the United States that exceed $10,000. 28 U.S.C. §1346(a)(2).

## FACTUAL ALLEGATIONS

1. CHDC is a 501(c)(3) corporation that is located at 3315 Airway Drive, Santa Rosa, CA 95403.

2. CHDC's principal business is to provide education, training, housing, and other services to low-income individuals and families and has done so since 1967.

3. CHDC, a longstanding Head Start and Early Head Start grantee, with support of HHS/ACF Program Improvement Grant entered into a contract to construct a Head Start/Early Head Start facility located at 626 Lincoln Street in Woodland, California.

4. In July of 2003, HHS/ACF agreed to pay all construction and related costs if CHDC relinquished the Head Start ("HS") and Early Head Start ("EHS") Programs.

5. The CHDC Board of Directors, after receiving additional assurances from HHS/ACF that all reasonable and necessary costs would be fairly negotiated and paid, and that all issues relating to the transfer of title, licenses, leases, liens claims and other transfer costs would be negotiated and resolved in the ordinary course relinquished the HS and EHS grants in a letter dated July 25, 2003.

6. On September 24, 2004, HHS/ACF issued its final decision denying Plaintiff's claim of costs in breach of contract

7. Plaintiff is owed monetary damages for breach of contract in excess of $500,000.

WHEREFORE, Plaintiff California Human Development Corporation requests the following relief on its behalf and against the defendant, the United States of America:

a. A judgment for monetary damages in excess of $500,000, the precise amount to be determined at trial;

b. an award of interest, costs, and attorney fees; and

c. such other relief as the Court deems appropriate.

DATED: September 23, 2005

Respectfully submitted,
California Human Development Corporation

By: ______________________
One of its Attorneys

Steven D. Cundra (D.C. Bar No. 374074)
Amy E. Gluck (D.C. Bar No. 453525)
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
1120 20th Street, N.W.
Suite 700, North Building
Washington, D.C. 20036
Telephone (202) 973-1200
Facsimile (202) 973-1212

**ATTORNEYS FOR PLAINTIFF,**
**CALIFORNIA HUMAN DEVELOPMENT CORPORATION**