# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
California Human Development Corporation

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Steven D. Cundra

Firm Name: Hall, Estill, Hardwick, Gable, Golden + Nelson, P.C.

Post Office Box:

Street Address: 1120 20th St. N.W., Suite 700N

City-State-Zip: Washington, D.C. 20036

Telephone & Facsimile Numbers: 202-973-1200 (T), 202-973-1212 (F)

E-mail address: scundra@hallestill.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 1 1 8

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Construction / Services / Taking

Government Agency Involved: H H S

**See attached Sheet for three digit code.**

Amount Claimed: $ In excess of $500,000

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005