IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CALIFORNIA HUMAN DEVELOPMENT CORPORATION, | ) | electronically filed on November 15, 2005 |
| Plaintiff, | ) | |
| v. | ) | No. 05-1029C (Judge Williams) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant requests an enlargement of time of 57 days, to and including January 18, 2006, within which to respond to the complaint. Our response is presently due on November 22, 2005. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has been contacted and does not oppose this request for an enlargement of time.

Defendant's counsel was assigned to this matter and first received a copy of the complaint on October 26, 2005. He promptly requested, pursuant to 28 U.S.C. § 520, that the appropriate agency provide him with a litigation report. However, agency counsel was not assigned until November 9, 2005. As a result, agency counsel requires additional time to investigate the allegations contained within the complaint and prepare a litigation report. Upon receipt of the litigation report, defendant's counsel will require time to study it and determine the most appropriate response to the complaint. In addition, scheduled annual leave and upcoming Federal holidays

are expected to further impact defendant's counsel's schedule in this regard. Therefore, we anticipate that an additional 57 days will be required to prepare our response.

For the foregoing reasons, defendant requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/ Jeffrey S. Pease
JEFFREY S. PEASE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-1011

Attorneys for Defendant

November 15, 2005

CERTIFICATE OF FILING

I hereby certify that on this 15th day of November, 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Jeffrey S. Pease