IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CALIFORNIA HUMAN DEVELOPMENT CORPORATION, | ) | electronically filed on January 17, 2006 |
| Plaintiff, | ) | |
| v. | ) | No. 05-1029C (Judge Williams) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S ANSWER

For its answer to the complaint, defendant admits, denies and alleges as follows:

The allegations contained in the paragraph entitled "JURISDICTION" constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

1. Denies the allegations contained in paragraph 1, for lack of knowledge or information sufficient to form a belief as to their truth.

2. Denies the allegations contained in paragraph 2, for lack of knowledge or information sufficient to form a belief as to their truth.

3. Admits the allegations contained in paragraph 3 to the extent supported by the contract cited, which is the best evidence of its contents; the remainder of the allegations contained in paragraph 3 constitute plaintiff's characterization of its case to which no response is required.

4. Denies.

5. Admits the allegations contained in paragraph 5 that plaintiff relinquished the grants at issue to the extent supported by the July 25, 2003 letter cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 5.

6. Denies.

7. Denies.

8. Denies that plaintiff is entitled to the relief set forth in the prayer for relief immediately following paragraph 7, or to any relief whatsoever.

9. Denies each and every allegation not previously admitted or otherwise qualified.

WHEREFORE, defendant requests that the Court enter judgment in its favor, order that the complaint be dismissed, and grant defendant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Jeffrey S. Pease
JEFFREY S. PEASE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., N.W.
Washington, D.C. 20530
Tel: (202) 307-1011
Fax: (202) 514-8624

January 17, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I certify that on this 17th day of January, a copy of the foregoing "DEFENDANT’S ANSWER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Jeffrey S. Pease