IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CALIFORNIA HUMAN DEVELOPMENT CORPORATION, | ) | |
| Plaintiff, | ) | No. 05-1029C |
| v. | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), plaintiff and defendant request an enlargement of time of 21 days, to and including March 31, 2006, within which to file a joint preliminary status report ("JPSR"). The parties' JPSR is now due on March 10, 2006. This is our first request for an enlargement of time for this purpose.

Due to numerous other assignments to complete since service of the answer in this case, and recent scheduling conflicts, the parties have not yet been able to reach agreement upon a JPSR. In addition, defendant's counsel will be attending an intensive training course at the National Advocacy Center in Columbia, South Carolina, from March 13, 2006 through March 17, 2006. Therefore, we anticipate that an additional 21 days will be required to prepare and file our JPSR.

For the foregoing reasons, plaintiff and defendant request that the Court grant this motion for an enlargement of time.

Respectfully submitted,

s/ Steven D. Cundra
STEVEN D. CUNDRA
Hall, Estill, Hardwick,
Gable, Golden & Nelson, P.C.
1120 20th Street, N.W.
Suite 700, North Building
Washington, D.C. 20036
Tel: (202) 973-1200
Fax: (202) 973-1212

Attorney for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/ Jeffrey S. Pease
JEFFREY S. PEASE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-1011
Fax: (202) 514-8624

Attorneys for Defendant

March 10, 2006

CERTIFICATE OF FILING

I hereby certify that on this 10th day of March, 2006, a copy of the foregoing "JOINT MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Jeffrey S. Pease