# In the United States Court of Federal Claims

**No. 05-1029C**
**(Filed March 14, 2006)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| | * |
| **CALIFORNIA HUMAN DEVELOPMENT CORPORATION,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

---

**ORDER GRANTING JOINT MOTION FOR ENLARGEMENT OF TIME**

---

On March 10, 2006, the parties filed a joint motion for an enlargement of time of twenty-one days, to and including **March 31, 2006**, within which to file their joint preliminary status report. Good cause having been shown, this motion is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**