# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CALIFORNIA HUMAN DEVELOPMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 05-1029C |

## CONSENT MOTION TO REQUEST RE-SCHEDULING OF STATUS CONFERENCE

Plaintiff, California Human Development Corporation ("CHDC"), by and through its undersigned attorneys, and with the consent of the United States of America, by and through its attorneys, hereby files this Consent Motion to Request Re-Scheduling of Status Conference. In support thereof, the CHDC hereby states as follows:

1. Pursuant to this Court's Scheduling Order of April 27, 2006, a status conference is scheduled for July 25, 2006 at 11:30 a.m. (*See* Order, April 27, 2006).

2. Further, the deadline for initial disclosures to be made by both parties was June 19, 2006.

4. Due to scheduling conflicts and staffing issues, both parties mutually agreed to extend the deadline to exchange initial disclosures.

5. The parties require additional time to complete the initial disclosures and to more thoroughly evaluate the relevant issues and documents and determine if it is possible to mediate this case.

6. Accordingly, CHDC, with the prior written consent of the Defendant, by and through counsel, requests that the status conference set for tomorrow, July 25, 2006 be re-scheduled for a date at least thirty (30) days from the current scheduled date to complete the

initial disclosures and to and to be in a better position to meaningfully advise the Court of their progress in evaluating the relevant issues and documents and to determine whether or not they can agree to an early mediation in this case at this time.

7. This motion is being set as a Consent, rather than Joint, Motion as counsel for the Defendant was out of the office and unavailable on Friday, July 21 and today, Monday, July 24.

DATED: July 24, 2006

Respectfully submitted,

By: ____________________
One of its Attorneys

Steven D. Cundra (D.C. Bar No. 374074)
Amy E. Gluck (D.C. Bar No. 453525)
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
1120 20th Street, N.W.
Suite 700, North Building
Washington, D.C. 20036
Telephone (202) 973-1200
Facsimile (202) 973-1212

**ATTORNEYS FOR PLAINTIFF,**
**CALIFORNIA HUMAN DEVELOPMENT CORPORATION**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of July, 2006, I caused to be sent by messenger a copy of the foregoing "JOINT MOTION FOR EXTENSION OF TIME FOR STATUS CONFERENCE" with attached addressed to the following:

Jeffrey S. Pease
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

S.M. Watson
Sarah Watson, Legal Assistant
**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**
1120 20th Street, NW
North Building, 7th Floor
Washington, D.C. 20036
(202) 973-1200
(202) 973-1212 (fax)