# In the United States Court of Federal Claims

**No. 05-1029C**
**(Filed July 26, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CALIFORNIA HUMAN DEVELOPMENT CORPORATION,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**SCHEDULING ORDER**

On July 24, 2006, Plaintiff filed a consent motion to reschedule the status conference set for July 25, 2006. Good cause having been shown, plaintiff's motion is **GRANTED.** The status conference is rescheduled for **August 29, 2006 at 11:00 am ET.** The Court will initiate the teleconference.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**