# In the United States Court of Federal Claims

**No. 05-1029C**
**(Filed August 30, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| **CALIFORNIA HUMAN DEVELOPMENT CORPORATION,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**SCHEDULING ORDER**

---

On August 29, 2006, the Court conducted a status conference with the parties. In order to discuss a potential mediation, the Court will conduct a telephonic status conference on **November 16, 2006 at 11:00 am ET** after the parties have supplemented their initial disclosures. The Court will initiate the teleconference.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**