# In the United States Court of Federal Claims

**No. 05-1029C**
**(Filed November 20, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**CALIFORNIA HUMAN DEVELOPMENT CORPORATION,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER DIRECTING FILING OF JOINT STATUS REPORT**

---

As agreed by the parties, the Court has cancelled the November 16, 2006 telephonic status conference. Instead, the parties shall file a joint status report on or before **January 16, 2007**, to inform the Court of their progress in attempts at mediation in this action.

It is so **ORDERED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**