IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CALIFORNIA HUMAN DEVELOPMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 05-1029C<br>(Judge Williams) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Robert C. Bigler as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Robert C. Bigler
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor
1100 L Street, N.W.

s/ Robert C. Bigler

Robert C. Bigler
Trial Attorney
Commercial Litigation Branch
Civil Division
Tel: (202) 307-0315
Fax: (202) 514-8624

CERTIFICATE OF FILING

I hereby certify that on this _16th_ day of January 2007, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert C. Bigler