IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CALIFORNIA HUMAN DEVELOPMENT CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-1029C |
| | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to this Court's order on November 20, 2006, the parties file this joint status report regarding "their progress in attempts at mediation in this action." Defendant received plaintiff's anticipated supplement to its initial disclosures on or about November 13, 2006. The parties tentatively scheduled travel to San Francisco during the week of January 8, 2007, for depositions and alternative dispute resolution (if authorized). However, this date became unworkable because of an oral argument scheduled before the United States Court of Appeals for the Federal Circuit. In addition, primarily because of unrelated personal obligations, defendant's previous counsel was not able to schedule a trip to California for depositions and alternative dispute resolution (if authorized) between mid-January 2007, and the close of fact discovery on March 16, 2007. As a result, this case has been reassigned to Department of Justice attorney Robert C. Bigler for further proceedings. At this time, the parties anticipate that they will schedule depositions and alternative dispute resolution (if authorized) to take place in San Francisco, California, in late February or early March, 2007.

Respectfully submitted,

s/ Steven D. Cundra
STEVEN D. CUNDRA
Hall, Estill, et al.
1120 20th Street, N.W.
Suite 700, North Building
Washington, D.C. 20036
Tel: (202) 973-1203
Fax: (202) 973-1212

Attorney for Plaintiff

Dated: January 16 , 2007

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/ Robert C. Bigler
ROBERT C. BIGLER
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 353-7991
Fax: (202) 514-8624

Attorneys for Defendant

Dated: January 16 , 2007

CERTIFICATE OF FILING

I hereby certify that on this _16th_ day of January 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert C. Bigler