# In the United States Court of Federal Claims

**No. 05-1029C**
**(Filed January 22, 2007)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| | * |
| **CALIFORNIA HUMAN DEVELOPMENT CORPORATION,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

---

## ORDER DIRECTING FILING OF JOINT STATUS REPORT

---

The Court has received the parties' joint status report, filed on January 16, 2007. The parties shall file a joint status report, no later than **March 16, 2007**, and every 60 days thereafter, to inform the court of their progress in attempts at mediation in this action.

It is so **ORDERED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**