IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CALIFORNIA HUMAN DEVELOPMENT CORPORATION, | ) | |
| Plaintiff, | ) | No. 05-1029C |
| v. | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court enlarge by 63 days, to and including May 18, 2007, the deadline for fact discovery in the above-titled matter. This is the first request by the United States for an enlargement of time for this purpose. Fact discovery is currently scheduled to conclude on March 16, 2007. The United States further requests that the current dispositive motion deadline of March 23, 2007 be enlarged 70 days to June 1, 2007. The United States also requests that all subsequent dates be enlarged by 70 days. On March 12, 2007, counsel for the government left a voicemail message for counsel for California Human Development Corporation ("CHDC") asking whether CHDC would oppose this motion. Counsel for CHDC did not return the call and CHDC's position with respect to this motion is unknown.

In January 2007, a new Government attorney was assigned to this matter and required time to become familiar with this case, assess the status of discovery, and confer with CHDC's counsel. After evaluating this case, including conferring with agency counsel and plaintiff's counsel, counsel for the Government determined that the depositions of Messrs. Chris Paige and Jose Bernardo and Ms. Yolanda Rinaldo should be conducted. On February 20, 2007, the Government noticed these three depositions to occur March 6-8, 2007. Unfortunately, plaintiff's

counsel was not available to defend these depositions during those dates. In addition, counsel for the defendant has had difficulty contacting plaintiff's counsel making it impossible to reschedule the depositions prior to the close of discovery on March 16, 2007. (Letter of March 6, 2007 from Robert Bigler to Steven Cundra is attached as Exhibit A).

Enlarging the time allowed for fact discovery will allow the parties to complete the necessary depositions, written discovery and file any motions to compel that may be necessary. The parties will also require a short period of time to evaluate the deposition testimony and other fact discovery and file, if appropriate, dispositive motions.

Granting this request for an enlargement should not cause any material inconvenience, prejudice, or delay. Accordingly, we respectfully request that this Court enlarge by 63 days, to and including May 18, 2007, the deadline for fact discovery in this matter, enlarge by 70 days, to and including June 1, 2007, the deadline for dispositive motions, and that all subsequent dates be enlarged by 70 days.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/ Robert C. Bigler
ROBERT C. BIGLER
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 353-7991
Fax: (202) 305-7643

March 14, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 14th day of March 2007, a copy of the foregoing "DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert C. Bigler