# Exhibit A

U.S. Department of Justice

Civil Division
Commercial Litigation Branch
Tel: (202)307-0315
Fax: (202)514-8624

BGS:RBIGLER
DJ No. 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

*Washington, D.C. 20530*

Via Facsimile & U.S. Mail

March 6, 2007

Steven D. Cundra, Esq.
Hall, Estill, et al. LLP
1120 20th Street, N.W.
Suite 700 North Building
Washington D.C. 20036

Re: CHDC v. U.S., No. 05-1029 (Ct. Fed. Cl.)

Dear Mr. Cundra:

As you know, we previously noticed the depositions of three CHDC witnesses for March 6-8, 2007 in San Francisco. I telephoned you last week to inquire as to whether the witnesses will appear on the dates noticed or if the depositions need to be rescheduled. When you did not return my telephone call, I sent you an email asking you to call me to discuss the deposition dates. You responded that the noticed dates conflicted with your schedule and that you would call me by close of business on February 28, 2007, to discuss the depositions. After not hearing from you again, I telephone you on March 1st and was able to speak with you. You again stated that you were not available to complete the depositions as scheduled for March 6-8, 2007, but stated that you would discuss the depositions with your client and get back to me on Friday, March 2, 2007. As of the date of this letter I have not heard back from you. Again, the depositions must be completed prior to the current discovery cut-off of March 16, 2007, please contact me immediately to reschedule the depositions or I will be forced to file a motion to compel the appearance of the witnesses.

Very truly yours,

Robert C. Bigler
Trial Attorney
Commercial Litigation Branch

cc: Paul Johnson, Esq.

DEPARTMENT OF JUSTICE
QUI PRO DOMINA JUSTITIA SEQUITUR

**IMPORTANT:** This facsimile is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this transmission or its contents is strictly prohibited. If you have received this transmission in error, please notify us by telephone and return the original transmission to us at the address given below.

**TO:** Steven D. Cundra, Esq. **Fax:** 202-973-1212

**FROM:** Robert Bigler

Department of Justice
Civil Division
Commercial Litigation Branch
National Courts Section
1100 L St., NW
Washington, DC 20530 (20005 for FedEx)
Room:
Phone: 202-307-0315
Fax: 202-514-8624
Email: Robert.Bigler@usdoj.gov

**DATE:** March 6, 2007

**Number of pages sent, including cover sheet:** 2

**RE:**

**Special instructions:**

************** -COMM. JOURNAL- ****************** DATE MAR-06-2007 ***** TIME 11:00 ********

MODE = MEMORY TRANSMISSION START=MAR-06 11:00 END=MAR-06 11:00

FILE NO.=793

| STN NO. | COMM. | STATION NAME/EMAIL ADDRESS/TELEPHONE NO. | PAGES | DURATION |
|---|---|---|---|---|
| 001 | OK | ☎912029731212 | 002/002 | 00:00:21 |

-DOJ-

***** UF-8000 V2 ****************** - ***** - *********