# In the United States Court of Federal Claims

**No. 05-1029C**
**(Filed: March 19, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CALIFORNIA HUMAN DEVELOPMENT CORPORATION,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME**

---

On March 14, 2007, Defendant filed a motion for enlargement of time to conduct fact discovery and to extend the deadlines for other items in the Court's scheduling order. Defendant's motion is **GRANTED in part**. Fact discovery shall conclude on **May 18, 2007**. The Court will hold a telephonic status conference on **May 18, 2007 at 12:30 p.m.** to discuss further proceedings in this case.

The Court's January 22, 2007 Order directing the parties to file a joint status report on March 16, 2007 and every 60 days thereafter is hereby rescinded.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**