# In the United States Court of Federal Claims

**No. 05-1029C**
**(Filed: May 21, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CALIFORNIA HUMAN DEVELOPMENT CORPORATION,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

Pursuant to United States Court of Federal Claims Rule (RCFC) 16(b), the Court held a conference with the parties on May 18, 2007, to set a schedule for discovery, pretrial and trial and to address any outstanding issues with the parties. During the conference, the parties requested an extended period for discovery necessitated by ongoing discovery disputes which are the subject of Defendant's motion to dismiss filed on May 18, 2007. In accordance with the representations made by the parties, the Court schedules the following:

1. **Motion to Dismiss**: Plaintiff shall file its opposition to Defendant's motion to dismiss and its notice of change of address no later than **June 8, 2007**. Defendant shall file its reply to the Plaintiff's opposition no later than **June 29, 2007.**

2. **Fact Discovery**. All fact discovery, including all depositions, shall conclude on or before **September 14, 2007**. In order to achieve this deadline, the parties shall make witnesses available for deposition at reasonably convenient locations and times. The parties are reminded that the rules of the Court contemplate the use of depositions at trial for testimonial purposes in certain circumstances "as though the witness were then present and testifying. . . ." See RCFC 32(a).

Defendant agreed to review, and if appropriate, narrow, its list of trial witnesses by **May 20, 2007**. The parties agreed that the depositions of the Plaintiff's witnesses would be conducted in

Fairfield, CA between **June 18-20, 2007**, subject to the availability of the witnesses. The parties agreed that the depositions of witnesses located overseas could be conducted by video or telephonic conference. These agreements do not affect the representations or arguments in Defendant's motion to dismiss which remains pending.

3. **Expert Discovery**. The parties do not anticipate calling expert witnesses.

4. **Dispositive Motions**. Any dispositive motion shall be filed on or before **October 31, 2007**. Any response shall be filed on or before **November 21, 2007**, and any replies shall be filed on or before **December 7, 2007**. Oral argument shall take place **January 15, 2008 at 10 a.m EST** at the **United States Court of Federal Claims, 717 Madison Place, Washington, DC**.

5. **Meeting of Counsel**. The parties shall meet to satisfy the requirements of RCFC Appendix A ¶ 13, including the exchange of exhibit and witness lists, on or before **December 31, 2007**.

6. **Memorandum of Contentions of Fact and Law**. In accordance with RCFC Appendix A ¶ 14, Plaintiff shall file its Memorandum of Contentions of Fact and Law (Memorandum) on or before **January 14, 2008**. Defendant shall file its responsive Memorandum on or before **February 19, 2008**. Each Memorandum shall be accompanied by witness lists and exhibit lists and any motions contemplated by Appendix A ¶¶ 14, 15 and 16. Any objection to a witness or exhibit not made in the Memorandum or a separate motion filed on the same date shall, if the objection is of a type that could reasonably have been identified at the time of such filing, be deemed waived absent a showing of a compelling reason for the failure.

7 **Joint Witness and Exhibit List**. The parties will file a joint witness list and joint exhibit list, using the template attached, on or before **February 25, 2008.** The joint exhibit list should be completed as follows: (i) Joint stipulated exhibits, to be numbered J1, J2, etc., (ii) Plaintiff's exhibits to be numbered P1, P2, etc.; (iii) Defendant's exhibits to be numbered D1, D2, etc.; (iv) Plaintiff's objections to Defendant's exhibits, if any, including the basis for each objection; and (v) Defendant's objections to Plaintiff's exhibits, if any, including the basis for each objection.

The actual exhibits shall be brought to the trial by the parties with sufficient copies, including one for the witness, two for the court and the official copy to be submitted to the court reporter. The exhibits shall be numbered and compiled in a loose-leaf/3-ring binder. Unbound submissions, such as maps, photographs, physical evidence and charts, may be submitted. Reduced copies of charts and photographs should be included in the binder, when possible.

8. **Pretrial Conference**. The Court will hold the Final Pretrial Conference on **March 3, 2008, at 11:30 a.m. EST**, at the **United States Court of Federal Claims, 717 Madison Place, Washington, DC.** The parties shall identify and file a copy of any exhibit as to which an objection remains outstanding no later than **February 25, 2008**, so that such objections may be discussed at the pretrial conference. The parties shall be prepared to argue any outstanding motions in limine at

the pretrial conference. The parties shall notify each other of the names of witnesses and the order in which they will testify no less than forty-eight hours prior to that witness's testimony, using the scheduling template attached hereto. A copy of the attached template will be, at the request of a party, provided to the party in electronic form by the court.

9. **Trial**. Trial will be conducted on **March 17, 2008 through March 20, 2008**, in San Francisco, California. Trial will begin at 9:00 a.m. each day, and conclude at 6:00 p.m. unless the court otherwise orders. During each day of trial, the court anticipates taking a 15-minute mid-morning recess, a one-hour luncheon recess and one 15-minute mid-afternoon recess. Subject to the availability of the courtroom, the court is willing to sit late to accommodate the schedules of witnesses.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**

**TRIAL SCHEDULE TEMPLATE**

**CALIFORNIA HUMAN DEVELOPMENT CORP. V. UNITED STATES, NO. 05-1029C**
**August 15-21, 2007**

| Time | Sun. | Monday 6/19/06 | Tuesday 6/20/06 | Wednesday 6/21/06 | Thursday 6/22/06 | Friday 6/23/06 | Sat. |
|---|---|---|---|---|---|---|---|
| 9:30 | | | | | | | |
| 10:00 | | | | | | | |
| 10:30 | | | | | | | |
| 11:00 | | | | | | | |
| 11:30 | | | | | | | |
| 12:00 | | | | | | | |
| 12:30 | | Break | Break | Break | Break | Break | |
| 1:00 | | | | | | | |
| 1:30 | | | | | | | |
| 2:00 | | | | | | | |
| 2:30 | | | | | | | |
| 3:00 | | | | | | | |
| 3:30 | | | | | | | |
| 4:00 | | | | | | | |
| 4:30 | | | | | | | |
| 5:00 | | | | | | | |
| 5:30 | | | | | | | |
| 6:00 | | | | | | | |

CALIFORNIA HUMAN DEVELOPMENT CORP. V. UNITED STATES, NO. 05-1029C

LIST OF PLAINTIFF'S

TRIAL EXHIBITS AND WITNESSES

| P EX# | DATE | DESCRIPTION OF EXHIBITS AND WITNESSES | ACTION | NOTES |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**CALIFORNIA HUMAN DEVELOPMENT CORP. V. UNITED STATES, NO. 05-1029C**

**LIST OF DEFENDANT'S**

**TRIAL EXHIBITS AND WITNESSES**

| D EX# | DATE | DESCRIPTION OF EXHIBITS AND WITNESSES | ACTION | NOTES |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**CALIFORNIA HUMAN DEVELOPMENT CORP. V. UNITED STATES, NO. 05-1029C**

**LIST OF JOINT**

**TRIAL EXHIBITS AND WITNESSES**

| J EX# | DATE | DESCRIPTION OF EXHIBITS AND WITNESSES | ACTION | NOTES |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |