**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CALIFORNIA HUMAN DEVELOPMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 05-1029C<br>(Judge Williams) |

**NOTICE OF CHANGE OF FIRM AFFILIATION AND ADDRESS OF COUNSEL**

Please note the following appearance and change of law firm affiliation for counsel for Plaintiff, California Human Development Corporation in the above referenced case:

Steven D. Cundra, Esquire (D.C. Bar No. 374074)
Roetzel & Andress, LPA
1300 Eye Street, N.W.
Suite 400 East
Washington, D.C. 20005
Telephone: 202.625.0600
Facsimile: 202.338.6340

All parties and counsel of record are being notified of this change.

DATE: June 4, 2007

Respectfully Submitted,

_/s/ Steven D. Cundra ___________

Steven D. Cundra, Esquire (D.C. Bar No. 374074)
ROETZEL & ANDRESS, LPA
1300 Eye Street, N.W.
Suite 400 East
Washington, D.C. 20005
Telephone: 202.625.0600
Facsimile: 202.338.6340
*Counsel for Plaintiff, California Human Development Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of June, 2007, the foregoing **Notice of Change of Firm Affiliation and Address of Counsel** was electronically filed and transmitted to counsel of record for all parties herein.

/s/ Steven D. Cundra
Steven D. Cundra, Esquire