IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CALIFORNIA HUMAN DEVELOPMENT CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-1029C |
| | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S WITHDRAWAL OF MOTION TO DISMISS

Defendant, the United States, hereby respectfully requests that it be allowed to withdraw its Motion to Dismiss filed on May 18, 2007. Defendant's motion was based upon plaintiff's failure to participate in discovery. Since the motion was filed, plaintiff has participated in discovery and answered and/or supplemented various discovery responses that were previously deficient. Therefore, defendant asks that its motion to dismiss be withdrawn.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/ Robert C. Bigler
ROBERT C. BIGLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tele: (202) 307-0315
robert.bigler@usdoj.gov

June 29, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June 2007, a copy of the foregoing "DEFENDANT'S WITHDRAWAL OF MOTION TO DISMISS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system

s/ Robert C. Bigler