# In the United States Court of Federal Claims

**No. 05-1029C**
**(Filed: June 29, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CALIFORNIA HUMAN DEVELOPMENT CORPORATION,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER GRANTING DEFENDANT'S WITHDRAWAL OF MOTION TO DISMISS

---

On June 29, 2007, Defendant filed a request to withdraw its motion to dismiss, filed on May 18, 2007, on the grounds that Plaintiff has participated in discovery and cured its allegedly deficient discovery responses. Upon consideration, Defendant's withdrawal of motion to dismiss is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**