**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CALIFORNIA HUMAN DEVELOPMENT CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 05-1029C (Judge Williams) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, Plaintiff, California Human Development Corporation (hereinafter "CHDC"), respectfully requests that the Court enlarge the time to complete fact discovery by 60 days, to and including November 13, 2007, in the above-captioned case. This is the first request by CHDC of an enlargement of time for this purpose. Fact discovery is currently scheduled to conclude on September 14, 2007. CHDC further requests that all subsequent dates in the scheduling order be enlarged by 60 days. On September 11, 2007, counsel for CHDC sent an electronic correspondence to counsel for the United States of America ("USA") asking whether USA would oppose this motion. Counsel for USA responded and consented to the 60 day enlargement and, further, followed up with a telephone conference.

Due to numerous other assignments, and numerous scheduling conflicts, the parties have not yet been able to conclude the depositions of key witnesses including four (4) USA witnesses, and two (2) remaining CHDC witnesses which currently residing outside of the United States.

Enlarging the time allowed for fact discovery will allow the parties to complete the necessary depositions and supplement any discovery responses. The parties will also request a

short period of time to evaluate the remaining deposition testimony and other fact discovery and file, if appropriate, dispositive motions.

Granting this request for an enlargement of time should not cause any material inconvenience or prejudice. Accordingly, CHDC respectfully requests that this Court enlarge by 60 days, to and including November 13, 2007, the time to complete fact discovery and that all subsequent dates in the scheduling order also be enlarged by 60 days.

DATE: September 11, 2007

Respectfully submitted,

/s/ Steven D. Cundra
Steven D. Cundra (D.C. Bar No. 374074)
Roetzel & Andress, LPA
1300 Eye Street, N.W.
Suite 400 East
Washington, D.C. 2005
Telephone: (202) 625-0660
Facsimile: (202) 338-6340
*Counsel for Plaintiff, California Human Development Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of September, 2007, I electronically filed Plaintiff's Consent Motion for Enlargement of Time and a copy of the foregoing was served via the Court's CM/ECF to all parties of record.

/s/ Steven D. Cundra
Steven D. Cundra (D.C. Bar No. 374074)
Roetzel & Andress, LPA
1300 Eye Street, N.W.
Suite 400 East
Washington, D.C. 2005
Telephone: (202) 625-0660
Facsimile: (202) 338-6340