# In the United States Court of Federal Claims

**No. 05-1029C**
**(Filed: September 20, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| **CALIFORNIA HUMAN DEVELOPMENT CORPORATION,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER GRANTING PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME

---

On September 11, 2007, Plaintiff filed a motion for an enlargement of time of 60 days, to and including November 13, 2007, in which to complete fact discovery. Plaintiff also requested that all subsequent dates in the scheduling order be adjusted accordingly. Defendant does not oppose the motion.

This motion is **GRANTED**. The Court amends the May 21, 2007 Scheduling Order as follows:

1. **Fact Discovery**. All fact discovery, including all depositions, shall conclude on or before **November 13, 2007**.

2. **Dispositive Motions**. Any dispositive motion shall be filed on or before **December 3, 2007**. Any response shall be filed on or before **December 21, 2007**, and any replies shall be filed on or before **January 4, 2008**. Oral argument shall take place **January 15, 2008 at 10 a.m EST** at the **United States Court of Federal Claims, 717 Madison Place, Washington, DC**.

3. **Meeting of Counsel**. The parties shall meet to satisfy the requirements of RCFC Appendix A ¶ 13, including the exchange of exhibit and witness lists, on or before

**January 11, 2008**.

4. **Memorandum of Contentions of Fact and Law**. Plaintiff shall file its Memorandum of Contentions of Fact and Law (Memorandum) on or before **February 1, 2008**. Defendant shall file its responsive Memorandum on or before **February 19, 2008**.

5. **Joint Witness and Exhibit List**. The parties will file a joint witness list and joint exhibit list on or before **February 25, 2008.**

6. **Pretrial Conference**. The Court will hold the Final Pretrial Conference on **March 3, 2008, at 11:30 a.m. EST**, at the **United States Court of Federal Claims, 717 Madison Place, Washington, DC.** The parties shall identify and file a copy of any exhibit as to which an objection remains outstanding no later than **February 25, 2008**, so that such objections may be discussed at the pretrial conference.

7. **Trial**. Trial will be conducted on **March 17, 2008 through March 20, 2008**, in San Francisco, California. Trial will begin at 9:00 a.m. each day, and conclude at 6:00 p.m. unless the court otherwise orders.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**