**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CALIFORNIA HUMAN DEVELOPMENT CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 05-1029C (Judge Williams) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO**
**<u>RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT</u>**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, Plaintiff, California Human Development Corporation (hereinafter "CHDC") respectfully requests that this Court enlarge the time, to file its response to the Motion for Summary Judgment filed by defendant, The United States of America ("USA") from January 3, 2008 to February 8, 2008 and further enlarge all other pending dates and deadlines. This is plaintiff's first request for an enlargement of time for this purpose. Counsel for CHDC has discussed this enlargement with Mr. Robert Bigler, USA's counsel, on December 21, 2007, who consented to CHDC's request to file its Response Brief on February 8, 2008.

Due to the holiday season and current vacation of counsel and numerous other assignments, and scheduling conflicts including writing and filing a Response Brief in the case styled *IFC Credit Corp. v. Burton Industries*, No. 07-2768, in the United States Court of Appeals for the 7th Circuit as well as a Response brief to a Motion to Dismiss or in the Alternative a Motion for Summary Judgment in the case styled *U St. Development, LLC v. Adams National Bank*, No. 2007 CA 005766, in the Superior Court of the District of Columbia, enlarging the time will allow Plaintiffs counsel to fully respond to Defendant's Motion for Summary

Judgment. Further, Mr. Bigler, USA's counsel, also advised counsel that he would be on paternity leave for four (4) weeks, most likely the entire month of January, and preferred that Plaintiff's response not be filed until after he returns to work. Lastly, this extension will allow the presiding Judge to fully be briefed on all aspects of the pending Motion for Partial Summary Judgment.

Granting this request for an enlargement of time should not cause any material inconvenience or prejudice to either party as both parties consent to this motion. Accordingly, CHDC respectfully requests that this Court enlarge the deadline to file its response to USA's Motion for Summary Judgment, to and including February 8, 2008 and further enlarge all other pending dates and deadlines.

DATED: December 21, 2007

Respectfully submitted,

By: /s/ Steven D. Cundra

Steven D. Cundra, Esq.
Roetzel & Andress, LPA
1300 Eye Street, N.W.
Suite 400 East
Washington, D.C. 20005
Telephone: (202) 625-0600
Facsimile: (202) 338-6340
*Counsel for Plaintiff, California Human Development Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 21st day of December, 2007, I served Consent Motion for Enlargement of Time to Respond to Defendant's Motion for Summary Judgment via first-class mail, postage pre-paid to the following individuals:

Robert Bigler
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
8th Floor
Washington, D.C. 20530
*Counsel for Defendant, USA*

/s/ Sarah Watson
Sarah Watson
Paralegal
Roetzel & Andress, LPA
1300 Eye St., N.W.
Suite 400 East
Washington, D.C. 20005
Telephone: (202) 625-0600
Facsimile: (202) 338-6340