# In the United States Court of Federal Claims

**No. 05-1029C**
**(Filed: January 7, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CALIFORNIA HUMAN DEVELOPMENT CORPORATION,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## REVISED SCHEDULING ORDER

A status conference was held on January 4, 2008, at 3:00 p.m. EST. Pursuant to the representations of the parties during the status conference, the Court amends the September 20, 2007 Scheduling Order as follows:

1. **Fact Discovery**. All fact discovery, including all depositions, shall conclude on or before **March 17, 2008**.

2. **Meeting of Counsel**. The parties shall meet to satisfy the requirements of RCFC Appendix A ¶ 13, including the exchange of exhibit and witness lists, on or before **March 31, 2008**.

3. **Memorandum of Contentions of Fact and Law**. Plaintiff shall file its Memorandum of Contentions of Fact and Law (Memorandum) on or before **April 4, 2008**. Defendant shall file its responsive Memorandum on or before **April 25, 2008**.

4. **Joint Witness and Exhibit List**. The parties will file a joint witness list and joint exhibit list on or before **May 2, 2008**.

5. **Pretrial Conference**. The Court will hold the Final Pretrial Conference on **May 7, 2008 at 11:30 a.m. EST**, at the **United States Court of Federal Claims, 717 Madison Place, Washington, DC**. The parties shall identify and file a copy of any exhibit as to which an objection remains outstanding no later than **May 2, 2008**, so that such objections may be discussed at the pretrial conference.

6. **Trial**. Trial will be conducted on **May 19, 2008 through May 22, 2008**, in San Francisco, California. Trial will begin at 9:00 a.m. each day, and conclude at 6:00 p.m. unless the court otherwise orders.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**

**TRIAL SCHEDULE TEMPLATE**

**CALIFORNIA HUMAN DEVELOPMENT CORP. V. UNITED STATES, NO. 05-1029C**
**May 19-22, 2008**

| Time | Sun. | Monday 05/19/08 | Tuesday 05/20/08 | Wednesday 05/21/08 | Thursday 05/22/08 | Friday 05/23/08 | Sat. |
|---|---|---|---|---|---|---|---|
| 9:30 | | | | | | [no trial | |
| 10:00 | | | | | | scheduled | |
| 10:30 | | | | | | for this day] | |
| 11:00 | | | | | | | |
| 11:30 | | | | | | | |
| 12:00 | | | | | | | |
| 12:30 | | Break | Break | Break | Break | Break | |
| 1:00 | | | | | | | |
| 1:30 | | | | | | | |
| 2:00 | | | | | | | |
| 2:30 | | | | | | | |
| 3:00 | | | | | | | |
| 3:30 | | | | | | | |
| 4:00 | | | | | | | |
| 4:30 | | | | | | | |
| 5:00 | | | | | | | |
| 5:30 | | | | | | | |
| 6:00 | | | | | | | |

CALIFORNIA HUMAN DEVELOPMENT CORP. V. UNITED STATES, NO. 05-1029C
LIST OF PLAINTIFF'S
TRIAL EXHIBITS AND WITNESSES

| P EX# | DATE | DESCRIPTION OF EXHIBITS AND WITNESSES | ACTION | NOTES |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# CALIFORNIA HUMAN DEVELOPMENT CORP. V. UNITED STATES, NO. 05-1029C

## LIST OF DEFENDANT'S
## TRIAL EXHIBITS AND WITNESSES

| D EX# | DATE | DESCRIPTION OF EXHIBITS AND WITNESSES | ACTION | NOTES |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**CALIFORNIA HUMAN DEVELOPMENT CORP. V. UNITED STATES, NO. 05-1029C**

**LIST OF JOINT**

**TRIAL EXHIBITS AND WITNESSES**

| J EX# | DATE | DESCRIPTION OF EXHIBITS AND WITNESSES | ACTION | NOTES |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |