# In the United States Court of Federal Claims

**No. 05-1029C**
**(Filed: February 15, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**CALIFORNIA HUMAN DEVELOPMENT CORPORATION,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## REVISED SCHEDULING ORDER

Plaintiff requested a continuance of the trial scheduled for May 19, 2008, through May 22, 2008, due to the unavailability of one of its witnesses. Defendant does not oppose Plaintiff's request. In accordance with the representations of the parties, the Court amends the January 7, 2008 Scheduling Order as follows:

1. **Fact Discovery**. All fact discovery, including all depositions, shall conclude on or before **March 17, 2008**.

2. **Meeting of Counsel**. The parties shall meet to satisfy the requirements of RCFC Appendix A ¶ 13, including the exchange of exhibit and witness lists, on or before **May 9, 2008**.

3. **Memorandum of Contentions of Fact and Law**. Plaintiff shall file its Memorandum of Contentions of Fact and Law (Memorandum) on or before **June 16, 2008**. Defendant shall file its responsive Memorandum on or before **July 11, 2008**.

4. **Joint Witness and Exhibit List**. The parties will file a joint witness list and joint exhibit list, using the template attached, on or before **July 25, 2008**. The joint exhibit list should be completed as follows: (i) Joint stipulated exhibits, to be

numbered J1, J2, etc., (ii) Plaintiff's exhibits to be numbered P1, P2, etc.; (iii) Defendant's exhibits to be numbered D1, D2, etc.; (iv) Plaintiff's objections to Defendant's exhibits, if any, including the basis for each objection; and (v) Defendant's objections to Plaintiff's exhibits, if any, including the basis for each objection.

The actual exhibits shall be brought to the trial by the parties with sufficient copies, including one for the witness, two for the court and the official copy to be submitted to the court reporter. The exhibits shall be numbered and compiled in a loose-leaf/3-ring binder. Unbound submissions, such as maps, photographs, physical evidence and charts, may be submitted. Reduced copies of charts and photographs should be included in the binder, when possible.

5. **Pretrial Conference**. The Court will hold the Final Pretrial Conference on **August 14, 2008 at 11:00 a.m. EST**, at the **United States Court of Federal Claims, 717 Madison Place, Washington, DC**. The parties shall identify and file a copy of any exhibit as to which an objection remains outstanding no later than **August 1, 2008**, so that such objections may be discussed at the pretrial conference. The parties shall be prepared to argue any outstanding motions in limine at the pretrial conference. The parties shall notify each other of the names of witnesses and the order in which they will testify no less than forty-eight hours prior to that witness's testimony, using the scheduling template attached hereto. A copy of the attached template will be, at the request of a party, provided to the party in electronic form by the court.

6. **Trial**. Trial will be conducted on **August 25, 2008 through August 28, 2008**, in San Francisco, California. In accordance with the attached trial schedule, trial will begin at 9:00 a.m. each day, and conclude at 6:00 p.m. unless the court otherwise orders. During each day of trial, the court anticipates taking a 15-minute mid-morning recess, a one-hour luncheon recess and one 15-minute mid-afternoon recess. Subject to the availability of the courtroom, the court is willing to sit late to accommodate the schedules of witnesses.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**

**CALIFORNIA HUMAN DEVELOPMENT CORP. V. UNITED STATES, NO. 05-1029C**

**LIST OF PLAINTIFF'S**

**TRIAL EXHIBITS AND WITNESSES**

| P EX# | DATE | DESCRIPTION OF EXHIBITS AND WITNESSES | ACTION | NOTES |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**CALIFORNIA HUMAN DEVELOPMENT CORP. V. UNITED STATES, NO. 05-1029C**

**LIST OF DEFENDANT'S**

**TRIAL EXHIBITS AND WITNESSES**

| D EX# | DATE | DESCRIPTION OF EXHIBITS AND WITNESSES | ACTION | NOTES |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

CALIFORNIA HUMAN DEVELOPMENT CORP. v. UNITED STATES, NO. 05-1029C

LIST OF JOINT

TRIAL EXHIBITS AND WITNESSES

| J EX# | DATE | DESCRIPTION OF EXHIBITS AND WITNESSES | ACTION | NOTES |
| --- | --- | --- | --- | --- |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TRIAL SCHEDULE TEMPLATE**

**CALIFORNIA HUMAN DEVELOPMENT CORP. V. UNITED STATES, NO. 05-1029C**
**August 25-28, 2008**

| Time | Sun. | Monday 08/25/08 | Tuesday 08/26/08 | Wednesday 08/27/08 | Thursday 08/28/08 | Friday 08/29/08 | Sat. |
|---|---|---|---|---|---|---|---|
| 9:00 | | | | | | [no trial | |
| 9:30 | | | | | | scheduled | |
| 10:00 | | | | | | for this day] | |
| 10:30 | | | | | | | |
| 11:00 | | | | | | | |
| 11:30 | | | | | | | |
| 12:00 | | | | | | | |
| 12:30 | | Break | Break | Break | Break | Break | |
| 1:00 | | | | | | | |
| 1:30 | | | | | | | |
| 2:00 | | | | | | | |
| 2:30 | | | | | | | |
| 3:00 | | | | | | | |
| 3:30 | | | | | | | |
| 4:00 | | | | | | | |
| 4:30 | | | | | | | |
| 5:00 | | | | | | | |
| 5:30 | | | | | | | |
| 6:00 | | | | | | | |