**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CALIFORNIA HUMAN DEVELOPMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 05-1029C<br>(Judge Williams) |

**PLAINTIFF'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, Plaintiff, California Human Development Corporation (hereinafter "CHDC"), respectfully requests that the Court enlarge the time to complete fact discovery by forty-five (45) days, to and including April 21, 2008, in the above-captioned case. Fact discovery is currently scheduled to conclude on March 17, 2008. CHDC further requests that all subsequent dates in the scheduling order remain the same. Therefore, the granting of this motion will not delay any other scheduled deadline or proceeding. On March 7, 2007, counsel for CHDC sent an electronic correspondence to counsel for the United States of America ("USA") asking whether USA would oppose this motion. Counsel for USA responded and consented to the 45 day enlargement.

This need for additional time arose from the disclosures at the depositions the four (4) ACF witnesses taken in San Francisco, California on February 28 through March 1, 2008.

Enlarging the time allowed for fact discovery will allow the parties to complete Paulene Graham's deposition as well depose additional fact witnesses that came to light at the recent depositions in San Francisco, California and supplement any discovery responses. The parties

will also request a short period of time to evaluate the remaining deposition testimony and other fact discovery and file, if appropriate, dispositive motions.

Granting this request for an enlargement of time should not cause any material inconvenience or prejudice. Accordingly, CHDC respectfully requests that this Court enlarge by 45 days, to and including April 21, 2008, the time to complete fact discovery and that all subsequent dates in the scheduling order also be enlarged by 45 days.

DATE: March 7, 2008

Respectfully submitted,

/s/ Steven D. Cundra

Steven D. Cundra (D.C. Bar No. 374074)
Roetzel & Andress, LPA
1300 Eye Street, N.W.
Suite 400 East
Washington, D.C. 2005
Telephone: (202) 625-0660
Facsimile: (202) 338-6340
*Counsel for Plaintiff, California Human Development Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of March, 2008, I electronically filed Plaintiff's Consent Motion for Enlargement of Time and a copy of the foregoing was served via the Court's CM/ECF to all parties of record.

/s/ Steven D. Cundra
Steven D. Cundra (D.C. Bar No. 374074)
Roetzel & Andress, LPA
1300 Eye Street, N.W.
Suite 400 East
Washington, D.C. 2005
Telephone: (202) 625-0660
Facsimile: (202) 338-6340