# In the United States Court of Federal Claims

**No. 05-1029C**
**(Filed: March 11, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CALIFORNIA HUMAN DEVELOPMENT CORPORATION,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER GRANTING UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

---

On March 7, 2008, Plaintiff filed an unopposed motion for an enlargement of time of 45 days, to and including April 21, 2008, within which to complete fact discovery. Good cause having been shown, Plaintiff's motion is **GRANTED**. All other subsequent dates in the February 15, 2008 scheduling order remain the same.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**