# In the United States Court of Federal Claims

**No. 05-1029C**
**(Filed: May 7, 2008)**

| | |
|---|---|
| **CALIFORNIA HUMAN DEVELOPMENT CORPORATION,** | |
| **Plaintiff,** | |
| **v.** | |
| **THE UNITED STATES,** | |
| **Defendant.** | |

---

**ORDER GRANTING UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

---

On May 7, 2008, Defendant filed an unopposed motion requesting the Court to enlarge by 14 days, to and including **May 23, 2008**, the deadline for the meeting of counsel. Good cause having been shown, Plaintiff's motion is **GRANTED**. All other deadlines in the February 15, 2008 scheduling order remain the same.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**