IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CALIFORNIA HUMAN DEVELOPMENT CORPORATION, | ) | |
| Plaintiff, | ) | No. 05-1029C |
| v. | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

CERTIFICATION OF MEETING OF COUNSEL

Pursuant to Section 13(d) of Appendix A to the Rules of the Court of Federal Claims, plaintiff California Human Development Corporation ("CHDC") and defendant United States respectfully submit this Certification of Meeting of Counsel.

The parties held a meeting of counsel on May 23, 2008, in accordance with the Court's order of May 7, 2008. At the meeting, the parties exchanged exhibit lists and witness lists. Defendant also provided plaintiff with a complete set of copies of its listed exhibits. Plaintiff provided defendant with a complete copy set of its exhibits the following week. The parties further agreed to try to reach agreement as to the admissibility of their respective exhibits on a continuing basis prior to the pre-trial conference on August 14, 2008. The parties will also make efforts to prepare joint exhibits for use at trial. The parties also discussed the other matters identified in Section 13(c).

Respectfully submitted,

s/ Steven D. Cundra
STEVEN D. CUNDRA
Roetzel & Andress, LPA
1300 Eye Street, N.W.
Suite 400, East
Washington, D.C. 20005
Tel: (202) 625-0600
Fax: (202) 338-6340

Attorney for Plaintiff

Dated: May 30, 2008

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/ Robert C. Bigler
ROBERT C. BIGLER
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 353-7991
Fax: (202) 514-8624

Attorneys for Defendant

Dated: May 30, 2008

CERTIFICATE OF FILING

I hereby certify that on this _30th_ day of May 2008, a copy of the foregoing "CERTIFICATION OF MEETING OF COUNSEL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert C. Bigler