# In the United States Court of Federal Claims

**No. 05-1029C**
**(Filed: June 19, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CALIFORNIA HUMAN DEVELOPMENT CORPORATION,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On June 18, 2008, the Court held a status conference. The Court entertained, and **GRANTED** a motion by Plaintiff to extend the discovery period, until **August 1, 2008**, to permit Plaintiff to take depositions that it had noticed prior to the close of discovery.

Plaintiff may file amended contentions of fact and law, based solely on new discovery, no later than **August 8, 2008**. Defendant may likewise file amended contentions of fact and law, based solely on new discovery, no later than **August 15, 2008.**

The Court also **ORDERED** Defendant to direct witnesses to search their individual computers and files and produce any documents in their possession that had been requested by Plaintiff, but have not yet been produced.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**