IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CALIFORNIA HUMAN DEVELOPMENT CORPORATION, | ) | |
| Plaintiff, | ) | No. 05-1029C |
| v. | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF FILING TRIAL EXHIBIT AND WITNESS LISTS

Pursuant to the Court's order of February 15, 2008, defendant, the United States, hereby files the List of Joint Trial Exhibits and List of Defendant's Trial Witnesses which is attached hereto. Plaintiff's counsel has reviewed the List of Joint Exhibits and stated via e-mail that it is acceptable to plaintiff. However, plaintiff did not provide a list of plaintiff's witnesses or exhibits to be included in this filing even though we pointed out that the Court's order of February 15, 2008 requires that all these items be filed as a joint filing.

Defendant's counsel placed several telephone calls to plaintiff's counsel this week to coordinate these filings, but none of these telephone calls were returned. Defendant's counsel did speak with plaintiff's counsel on July 24, 2008 when defendant's counsel called him after previous telephone messages had not been returned. We, therefore, assume that if plaintiff plans to file a witness list and exhibit list that it will do so separately. We reserve the right to object to any exhibit list filed by the plaintiff.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/ Robert C. Bigler
ROBERT C. BIGLER
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 353-7991
Fax: (202) 514-8624

Attorneys for Defendant

Dated: July 25, 2008

CERTIFICATE OF FILING

I hereby certify that on this 25th day of July 2008, a copy of the foregoing "DEFENDANT'S NOTICE OF FILING TRIAL EXHIBIT AND WITNESS LISTS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert C. Bigler