**CALIFORNIA HUMAN DEVELOPMENT CORP. V. UNITED STATES, NO. 05-1029C**
**LIST OF JOINT**
**TRIAL EXHIBITS AND WITNESSES**

| JEX | DATE | DESCRIPTION OF EXHIBITS AND WITNESSES | ACTION | NOTES |
|---|---|---|---|---|
| 1 | August 30, 1999 | Commercia1 Lease (CHDCOI048-001074). (PX 4) | | |
| 2 | August 30, 1999 | Commercial Lease for 450 Cottonwood Street, Woodland California (CHDC 1048-1074). (DX 49) | | |
| 3 | January 24, 2001 | Financial Assistance Award (CHDC-ID 0001). (PX 12) | | |
| 4 | May 16, 2001 | Letter to Gary Parker from John Codington and Jerry Gomez (CHDC-ID 5356.78 - 5356.79). (PX 5) | | |
| 5 | May 24, 2001 | Letter to Mr. Bernardo from Jerry Gomez (CHDC-ID 0086-0087). (DX 1 & PX 6) | | |
| 6 | June 11, 2001 | Email from Andrew Haugh (CHDC-ID 3070-73). (DX 2) | | |
| 7 | June 26, 2001 | Record of Conversation (CHDCID 3139-3144). (PX 7) | | |
| 8 | August 31, 2001 | Letter from Andrew Haugh to Paulene Graham (CHDC-ID 3144). (DX 3) | | |
| 9 | October 1, 2001 | Lease Agreement Buren W. Krahling and Bernice R. Krahling and CHDC (CHDC00879-00890). (PX 8) | | |
| 10 | October 9, 2001 | Letter from Jerry Gomez to Jose Bernardo (CHDC-ID 540-41). (DX 4) | | |

| | | | | |
|---|---|---|---|---|
| 11 | October 24, 2001 | Letter from Jerry Gomez to Jose Bernardo with attachments (CHDC-ID 3115-3138). (DX 5) | | |
| 12 | November 2, 2001 | Letter from Maria Fort to Jose Bernardo (CHDC-ID 0085). (DX 6) | | |
| 13 | November 5, 2001 | Letter from Jerry Gomez to Jose Bernardo (CHDC-ID 0083-84). (DX 7) | | |
| 14 | November 29, 2001 | Letter from Jose Bernardo to Jerry Gomez. (CHDC-ID 3152-54). (DX 8 & PX 9) | | |
| 15 | January 3, 2002 | Letter to Richard Kurkwood from Mr. Ortiz, CHDC. (CHDC-ID 0534-0537). (PX 10) | | |
| 16 | January 9, 2002 | Fax to Paulene Graham to Andrew Haugh (CHDC-ID 0174-0176). (PX 11) | | |
| 17 | January 11, 2002 | Letter from Paulene Graham to George Ortiz (CHDC-ID 0523). (DX 9) | | |
| 18 | January 22, 2002 | Letter from Jose Bernardo to Jerry Gomez (CHDC-ID 0074-82). (DX 10) | | |
| 19 | February 8, 2002 | Letter from Paulene Graham to George Ortiz (CHDC-ID 0069). (DX 11) | | |
| 20 | February 12, 2002 | Letter from Maria Fort to Jose Bernardo (CHDC-ID 0823-0824). (DX 12) | | |
| 21 | March 2, 2002 | Audit Report CHDC-ID 1529-43). (DX 50) | | |
| 22 | March 12, 2002 | Memoranda from Paulene Graham (CHDC-ID 0511-12). (DX 51) | | |

| | | | | |
|---|---|---|---|---|
| 23 | March 26, 2002 | Letter to Mr. Ortiz from Paulene Graham (CHDC-ID 0161-0167). (PX 13) | | |
| 24 | April 6, 2002 | Letter from Jose Bernardo to Jerry Gomez, (CHDC-ID 0531-0533) (DX 13) | | |
| 25 | April 6, 2002 | Letter to Mr. Gomez from Mr. Bernardo (CHDC-ID 0531-0533). (PX 14) | | |
| 26 | April 8, 2002 | Letter from Jerry Gomez to Jose Bernardo (CHDC-ID 0539). (DX 14) | | |
| 27 | May 7, 2002 | Letter from Yolanda Rinaldo to Maria Fort, (CHDC-ID 0548-49). (DX 15) | | |
| 28 | May 14, 2002 | Letter from John Codington to Jose Bernardo (CHDC-ID 528). (DX 16) | | |
| 29 | May 15, 2002 | Letter from John Codington to Jose Bernardo (CHDC-ID 3158-3161). (DX 17) | | |
| 30 | May 15, 2002 | Letter to Mr. Bernardo from Mr. Codington (CHDC-ID 3158-3161). (PX 15) | | |
| 31 | June 12, 2002 | Memorandum from Louis Flores to George Ortiz, (CHDC – 0169-171). (DX 18) | | |
| 32 | June 15, 2002 | Letter to Mr. Codington from Mr. Bernardo (CHDC-ID 0482-0505) (PX 16) | | |
| 33 | July 9, 2002 | Letter from Jerry Gomez to George Ortiz with attachment, (CHDC-ID 0895-0901). (DX 19 & PX 17) | | |
| 34 | August 5, 2002 | Issue Paper (CHDC-ID 0912-13). (DX 52) | | |

| | | | | |
|---|---|---|---|---|
| 35 | August 13, 2002 | Letter from Martin Tom to Jose Bernardo, (CHDC-ID 0903-05). (DX 20) | | |
| 36 | August 13, 2002 | Letter to Mr. Bernardo from Mr. Tom. (CHDCID 0903-0905). (PX 18) | | |
| 37 | August 15, 2003 | Letter from Jerry Gomez and Marty Tom to Jose Bernardo (CHDC-ID 5303-07). (DX 21) | | |
| 38 | September 30, 2002 | Emai1s with Mr. Tom to Mr. Gomez, Ms. Graham and Mr. Codington (CHDC-ID 5356.81- 5356.82). (PX 19) | | |
| 39 | October 3, 2002 | Letter from Jerry Gomez and Martin Tom with attachment (CHDC-ID 0944-0947). (DX 22) | | |
| 40 | October 22, 2002 | Emails with Mr. Johnson and Mr. Tom, Ms. Graham, Mr. Len, Ms. Fort and Mr. Gomez (CHDC-ID 5356.83). (PX 20) | | |
| 41 | October 24, 2002 | Letter from Martin Tom to Jose Bernardo, (CHDC-ID 1015-16). (DX 23) | | |
| 42 | October 24, 2002 | Letter to Mr. Bernardo from Mr. Tom (CHDC-ID 0924-0926). ( PX 21) | | |
| 43 | November 11, 2002 | Full Review (CHDC-ID3196-3218). (DX 53) | | |
| 44 | December 5, 2002 | Letter to Mr. Tom from Mr. Ortiz (PX 22). | | |
| 45 | January 29, 2003 | Letter from Martin Tom to Jose Bernardo, dated (CHDC-ID 1104-1106). (DX 24) | | |
| 46 | January 29, 2003 | Letter to Mr. Bernardo from Mr. Tom (CHDC-ID 1029-1076). (PX 23) | | |

| | | | | |
|---|---|---|---|---|
| 47 | January 29, 2003 | Letter to Mr. Bernardo from Mr. Tom (with handwritten "Final"). (CHDC-ID 3103-3105) (PX 24) | | |
| 48 | March 14, 2003 | Letter to Mr. Tom from Mr. Ortiz (CHDC-ID 2779-2783) (PX 26) | | |
| 49 | May 6, 2003 | Letter from Martin Tom to George Ortiz (CHDC 1711-15). (DX 25 & PX 28) | | |
| 50 | June 18, 2003 | Draft Review Worksheet (CHDC-ID 3254-3300). (DX 54) | | |
| 51 | June 26, 2003 | Emails with Mrs. Graham, Mr. Tom, Mr. Gomez, Ms. Len, and Louise Coleman (CHDC-ID 5242). (PX 29) | | |
| 52 | June 27, 2003 | Letter from Martin Tom to Jose Bernardo (CHDC 1573). (DX 26) | | |
| 53 | June 30, 2003 | Letter to Mr. Bernardo from Mr. Tom (CHDC-ID 1571). (PX 30) | | |
| 54 | July 2, 2003 | Letters from Jerry Gomez to CHDC Board members (CHDC-ID 1785-97). (DX 27) | | |
| 55 | July 21, 2003 | CHDC Board Minutes (DX 55) | | |
| 56 | July 21, 2003 | CHDC Board Minutes of 7-21-03 Minutes ( PX 31) | | |
| 57 | July 23, 2003 | Letter from Jose Bernardo to Jerry Gomez (DX 28) | | |
| 58 | July 23, 2003 | Letter to Mr. Gomez from Mr. Bernardo (PX 32) | | |
| 59 | July 23, 2003 | Letter to Mr. Gomez from Mr. Bernardo with handwritten notes (CHDC-ID 1721-1722) (PX 33). | | |

| | | | | |
|---|---|---|---|---|
| 60 | July 24, 2003 | Letter from Martin Tom and Jerry Gomez to Jose Bernardo (Paige Exhibit J). (DX 29) | | |
| 61 | July 24, 2003 | Letter to Mr. Bernardo from Mr. Gomez and Mr. Tom (PX 34) | | |
| 62 | July 25, 2003 | Letter from Jose Bernardo to Jerry Gomez (CHDC-ID 2944). (DX 30) | | |
| 63 | July 25, 2003 | Fax with attachments from Sara Edgington to Paulene Graham (CHDC-ID 2953-2960) (DX 31) | | |
| 64 | July 25, 2003 | Letter from Jerry Gomez to Jose Bernardo,(CHDC-ID 2342) (DX 32) | | |
| 65 | July 25, 2003 | Letter to Mr. Gomez from Mr. Bernardo (PX 35) | | |
| 66 | July 25, 2003 | CHDC Board Minutes (DX 56) | | |
| 67 | July 25, 2003 | CHDC Special Telephonic Board Meeting (PX 36) | | |
| 68 | August 14, 2003 | Emails with Mr. Gomez, Mr. Stein, Ms. Fort, Ms. Len, Ms. Graham, and CDI Team Rep. (CHDC-ID 5356.29) (PX 37) | | |
| 69 | August 15, 2003 | Letter to Mr. Bernardo from Mr. Tom. (CHDC-ID 5303-5307) (PX 38) | | |
| 70 | August 28, 2003 | Letter from George Ortiz to Martin Tom (CHDC-ID 1891-92) (DX 33) | | |
| 71 | August 28, 2003 | Emails with Mr. Gomez, Ms. Graham and Ms. Len (CHDC-ID 45224523). (PX 39) | | |

| | | | | |
|---|---|---|---|---|
| 72 | August 28, 2003 | Letter to Mr. Tom from Mr. Ortiz (CHDC-ID 1891-1896) (PX 40). | | |
| 73 | September 1, 2003 | Agreement for Assignment of Lease (CHDC 34-37). (DX 57) | | |
| 74 | September 9, 2003 | Email from Mr. Paige to Ms. Fort, Ms. Graham, and cc'ed Ms. Ortiz, Mr. Flores, Mr. Brusseau and Ms. Flores (CHDC-ID 1876-1881). (PX 41) | | |
| 75 | September 9, 2003 | Email from Mr. Paige to Ms. Fort, Ms. Graham, and cc'ed Ms. Ortiz, Mr. Flores, Mr. Brusseau and Ms. Flores (CHDC-ID 4934-4941). (PX 42) | | |
| 76 | September 10, 2003 | Letter with enclosures from George Ortiz to Paulene Graham-Melvin, (CHDC-ID 2328-2337). (DX 34 & PX 43) | | |
| 77 | September 10, 2003 | Letter to Ms. Graham-Melvin from Mr. Ortiz (CHDC-ID 4944-4951) (PX 44) | | |
| 78 | September 22, 2003 | Fax cover sheet date from Kevin Flores to Ms. Graham. (CHDC-ID 1839). (PX 45) | | |
| 79 | September 23, 2003 | Letter from Louis Flores to Joel Stein (CHDC-ID 2419-2422) (DX 35) | | |
| 80 | September 23, 2003 | Letter to Mr. Tom from Mr. Ortiz. (CHDC-ID 4908-4901). (PX 46) | | |
| 81 | October 3, 2003 | Email to Mr. Johnson, Ms. Fort, Mr. Stein (PX 47) | | |
| 82 | October 28, 2003 | Email from Ms. Len to Mr. Tom (with cc's) . (CHDC-ID 5356.71-5356.72). (PX 48) | | |

| | | | | |
|---|---|---|---|---|
| 83 | November 13, 2003 | Email from Martin Tom to Chris Paige, (CHDC-ID 2524-2525). (DX 36) | | |
| 84 | December 16, 2003 | Email from Mr. Paige to Ms. Graham, Ms. Fort, Mr. Gomez and Mr. Tom (with cc's) (CHDC=ID 5356.42-5). (PX 49) | | |
| 85 | January 6, 2004 | Fax cover sheet to Ms. Graham from Ms. Rinker. (CHDC-ID 1801). (PX 50) | | |
| 86 | January 9, 2004 | Letter from Mr. Scharf to Mr. Ortiz. (CHDC-ID 1913-1920). (PX 51) | | |
| 87 | January 14, 2004 | Email from Mr. Tom to Ms. Graham, Ms. Fort and Mr. Johnson. (CHDC00032-00037). (PX 52) | | |
| 88 | January 16, 2004 | Letter from Jose Bernardo to Sharon Fujii,(CHDC 0038-40). (DX 37) | | |
| 89 | January 16, 2004 | Letter to Mrs. Fujii from Mr. Ortiz (CHDCOO038-00040). (PX 53) | | |
| 90 | January 21, 2004 | Email from Mr. Paige to Ms. Graham (with cc's) (CHDC-ID 4821-4823). (PX 54) | | |
| 91 | March 19, 2004 | Letter to Mr. Ortiz Mr. Tom. (CHDC-ID 1906-1907). (PX 55) | | |
| 92 | March 19, 2004 | Letter from Chris Paige to Martin Tom (CHDC-ID1898-1901). (DX 38 & PX 56) | | |
| 93 | March 19, 2004 | Letter from Martin Tom to George Ortiz, (CHDC-ID 1906-1907) (DX 39) | | |

| | | | | |
|---|---|---|---|---|
| 94 | March 22, 2004 | Letter to Mr. Tom from Mr. Paige . (CHDC-ID 2178). (PX 57) | | |
| 95 | April 2, 2004 | Email from Paulene Graham to Martin Tom and others (CHDC-ID 4809). (DX 40) | | |
| 96 | April 2, 2004 | Letter to Mr. Paige from Mr. Tom (CHDC-3623-3625) (PX 58) | | |
| 97 | April 2, 2004 | Email from Ms. Graham to Mr. Tom, Ms. Fort, Mr. Gomez and Mr. Johnson (CHDC-ID 4809). (PX 59) | | |
| 98 | April 21, 2004 | Chart (CHDC00448-00455) (DX 58 & PX 60) | | |
| 99 | April 28, 2004 | Letter to Mr. Johnson from Mr. Scharf . (CHDC-ID 3320-340). (PX 62) | | |
| 100 | April 29, 2004 | Letter to Mr. Tom from Mr. Paige. (CHDC-ID 5359-5366). (PX 63 ) | | |
| 101 | April 30, 2004 | Letter from Ms. Jimenez. (CHDC00077). (PX 64) | | |
| 102 | April 30, 2004 | Memo to Ms. Hill-Binkley from Ms. Hall (CHDCOOO78). (PX 65) | | |
| 103 | May 3, 2004 | Email to Ms. Graham, Mr. Gomez, Ms. Len. (CHDC-ID 4804). (PX 66) | | |
| 104 | May 7, 2004 | Memo to Ms. Hill-Binkley from Ms. Canegan. (CHDC-ID 3611). (PX 67) | | |
| 105 | May 27, 2004 | Email to Mr. Tom from Ms. Graham (CHDC-ID 4676). (PX 68) | | |

| | | | | |
|---|---|---|---|---|
| 106 | September 20, 2004 | Draft letter to Mr. Bernardo from Mr. Tom (unsigned) (CHDC00009-00014). (PX 69) | | |
| 107 | June 21, 2004 | Email to Ms. Graham from Mr. Tom (with cc's) (CHDC-ID 4678). (PX 71) | | |
| 108 | July 7, 2004 | Letter from Paul Johnson to Robert Scharf and Louis Flores, (CHDC-ID 4427-4433). (DX 41) | | |
| 109 | July 7, 2004 | Letter to Messrs. Scharf and Flores from Mr. Johnson. (CHDC-ID 4427-4433) (PX 72) | | |
| 110 | July 14, 2004 | Email from Mr. Tom to Ms. Graham, Ms. Len, Mr. Gomez and Ms. Fort (CHDC-ID 4435-4436) (PX 73) | | |
| 111 | July 16, 2004 | Email to Mr. Tom from Ms. Graham. (CHDC-ID 4653-4656). (PX 74) | | |
| 112 | July 23, 2004 | Letter to Mr. Paige from Mr. Tom (CHDC-ID 4448-4450) (PX 75) | | |
| 113 | July 30, 2004 | Letter from Christopher Paige to Martin Tom, (CHDC 4506-4514). (DX 42) | | |
| 114 | July 30, 2004 | Letter to Mr. Tom from Mr. Paige (CHDC-ID 4506-4510). (PX 76) | | |
| 115 | July 30, 2004 | Email to Mr. Tom and Ms. Graham from Mr. Paige (CHDC-ID 4451-4460). (PX 77) | | |
| 116 | July 30, 2004 | Letter to Mr. Tom from Mr. Paige (CHDC01024-01032). (PX 78) | | |

| | | | | |
|---|---|---|---|---|
| 117 | August 10, 2004 | Email to Mr. Tom from Mr. Paige. (CHDC-ID 4437-4440). (PX 79) | | |
| 118 | August 10, 2004 | Email to Mr. Paige from Mr. Tom (CHDC-ID 4574-4576). (PX 80) | | |
| 119 | August 12, 2004 | Letter to Mr. Tom from Mr. Paige (CHDCID 4597-4598) (PX 81) | | |
| 120 | August 13, 2004 | Letter to Mr. Tom from Ms. Cordova Moran. (CHDC-ID 4577-4580). (PX 82) | | |
| 121 | August 13, 2004 | Letter to Mr. Scharf from Mr. Johnson. (CHDC-ID 3351-3352) (PX 83) | | |
| 122 | August 16, 2004 | Email to Ms. Graham from Mr. Tom. (CHDC-ID 4516-4517). (PX 84) | | |
| 123 | August 16, 2004 | Letter to Mr. Paige from Mr. Tom (CHDC-ID 4476-4478). (PX 85) | | |
| 124 | August 16, 2004 | Email to Mr. Tom from Mr. Paige (CHDC-ID 4505) (PX 86) | | |
| 125 | August 19, 2004 | Email to Mr. Tom from May Nash (CHDC-ID 4461) . (PX 87) | | |
| 126 | August 19, 2004 | Email to Mr. Tom from Mr. Brusseau (CHDC-ID 4360-43662). (PX 88) | | |
| 127 | August 25, 2004 | Email to Ms. Graham from Mr. Tom (with cc's) and handwritten notes. (CHDC-ID 4424-4426) (PX 89) | | |

| | | | | |
|---|---|---|---|---|
| 128 | August 25, 2004 | Email to Ms. Graham from Mr. Tom (CHDC-ID 4500-4502). (PX 90) | | |
| 129 | August 26, 2004 | Email to Mr. Tom from Ms. Nash. (CHDC-ID 4464-4475). (PX 91) | | |
| 130 | September 20, 2004 | Letter to Mr. Tom from Mr. Paige. (CHDC-ID 4421). (PX 92) | | |
| 131 | September 22, 2004 | Letter from Martin Tom to Chris Paige (DX 43) | | |
| 132 | September 22, 2004 | Letter to Mr. Paige from Mr. Tom (PX 93) | | |
| 133 | October 5, 2004 | Email to Mr. Naekel from Mr. Johnson. (CHDC-ID 4374-4375). (PX 94) | | |
| 134 | October 22, 2004 | Letter and enclosure from Chris Paige to Marty Tom. (DX 44) | | |
| 135 | October 22, 2004 | Letter to Mr. Tom from Mr. Paige (PX 96) | | |
| 136 | November 23, 2004 | Email to Mr. Tom from Ms. Nash (with cc's) (CHDC-IJ2 4417) (PX 97) | | |
| 137 | November 23, 2004 | Email to Mr. Tom from Ms. Nash (with cc) (CHDC-ID 4418-4419) (PX 98) | | |
| 138 | December 15, 2004 | Appellant's Response Memo in Appeals Case. (CHDC-ID 4248-4264) (PX 102) | | |

| | | | | |
|---|---|---|---|---|
| 139 | June 6, 2007 | Plaintiffs Supplement Answers to Defendant's First Set of Interrogatories, and Supplemental Responses to Defendant's First Request for Production of Documents and First Request for Admissions (DX 47& PX 107) | | |
| 140 | June 6, 2007 | Plaintiffs Answers to Defendant's Second Set of Interrogatories, and Responses to Defendant's Second Request for Admissions (DX 48 & PX 106) | | |
| 141 | February 11, 2008 | CHDC's Estimate of Damages (DX 62 & PX 108) | | |
| 142 | Feb. 14, 2008 | Plaintiff's Amended Notice of Deposition Duces Tecum (PX 1) | | |
| 143 | Feb. 28, 2008 | Subpoena *Duces Tecum* of Maria Fort. (PX 2) | | |
| 144 | March 1, 2008 | Subpoena *Duces Tecum* of Gerald Gomez (PX 3) | | |
| 145 | unknown | Fax cover sheet and letter from Martin Tom to George Ortiz with enclosure (CHDC-ID 2423-2445). (DX 45) | | |
| 146 | unknown | Draft disallowance letter from Martin Tom to Jose Bernardo. (CHDC 9-14). (DX 46) | | |
| 147 | unknown | Chart of extraordinary close out costs (CHDC 4731). (DX 59) | | |

| | | | | |
|---|---|---|---|---|
| 148 | unknown | CHDC Summary of Deficiencies (CHDC-ID 3048-3055). (DX 60) | | |
| 149 | unknown | Contract with West Coast Relocatables (CHDC-ID 3062-69). (DX 61) | | |
| 150 | unknown | CHDC's chart of estimated of damages (CHDC-SUPP. 001-0047). (DX 62) | | |
| 151 | unknown | Declaration of Robert Scharf (CHDC-ID 2074-2138) (DX 63) | | |
| 152 | unknown | Department of HHS/ACF Standard Terms and Conditions (CDHD-ID 4836- 4838). (PX 103) | | |
| 153 | unknown | Negotiation Sheet for CHDC HS/EHS Closeout (CHDC-ID 4916). (PX 104) | | |
| 154 | unknown | Extraordinary Close Out Costs (CHDC00447). (PX 105) | | |

**CALIFORNIA HUMAN DEVELOPMENT CORP. V. UNITED STATES, NO. 05-1029C**
**LIST OF DEFENDANT'S**
**TRIAL EXHIBITS AND WITNESSES**

| DEX | DATE | DESCRIPTION OF EXHIBITS AND WITNESSES | ACTION | NOTES |
|---|---|---|---|---|
| | | Martin Tom, Grants Officer | | |
| | | Paulene Graham, Financial Operations Specialist | | |
| | | Gerald Gomez, Associate Program Manager | | |
| | | John Codington, Deputy Regional Administrator | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |