# Appendix

DEPARTMENT OF HEALTH & HUMAN SERVICES

**Administration for Children & Families**

**Region IX**
**50 United Nations Plaza**
**San Francisco, CA 94102**

Refer to: 09CH0200/09YC0434

July 24, 2003

Mr. Jose Bernardo, Board Chairperson
California Human Development Corporation
229 East 8th Street
Stockton, California 95206

Dear Mr. Bernardo:

Thank you for your letter of July 23, 2003, indicating CHDC's willingness to relinquish its Head Start and Early Head Start grants, on the terms discussed at our meeting on July 14, 2003. As stated at that meeting, if CHDC formally relinquishes its grants, ACF will not issue or in any other manner pursue the disallowances referenced in your letter, nor will a termination proceeding be required. In accordance with our standard procedure, after CHDC's formal relinquishment has been received and accepted by ACF, all matters relating to the transfer of the grants will then be addressed in a close out period. All reasonable and necessary close out costs will be fairly negotiated and charged to a close out grant, and all issues relating to the transfer of facility title, licenses, leases, lien claims, and other transfer issues, will also be negotiated and resolved in the ordinary course of the close out. Of course, CHDC will need to coordinate closely with ACF to provide sufficient details to negotiate the closeout costs, and to effect an orderly transition. Per your request, we will give you a copy of the report on our recent program review when the report is finalized.

Please note that time is of the essence in this matter, inasmuch as the deadline we agreed upon requires that the CHDC Board deliver its formal notice of relinquishment by close of business on Friday, July 25th. Please also keep in mind that if CHDC decides not to relinquish at this time, the disallowance will be issued. Once a disallowance has been formally issued, it becomes an obligation owed to the United States, and cannot be withdrawn at ACF's discretion. Therefore, in the best interest of all concerned, including CHDC, I urge you not to let this opportunity slip away.

Sincerely,

Jerry Gomez
Associate Director
Children and Youth Development Unit

Martin Tom
Grants Officer
Program Support Unit

Paige
EXHIBIT NO. 1
6-20-07

cc: Executive Director
Policy Council Chairperson

TOTAL P.02

California
**Human Development**
Corporation
George L. Ortiz, President/Chief Executive Officer

No one leaves
with empty hands.

Board of Directors

Jose Bernardo
Chair
San Joaquin County

Bob Baldev Singh
Vice Chair
Sutter County

Manuel Cabacungan
Secretary
Solano County

Mark Ostrye
Treasurer
Contra Costa County

Harvey Aytch
Solano County

Joe Benatar
Sutter County

Hector Brambila
Napa County

Fr. John Brenkle
Napa County

Toni Curtis
Sacramento County

Bonnie Martinez
Sonoma County

Tania McNeeley
Yolo County

Stacey Miller
Yolo County

Frank Orozco
San Joaquin County

Belle Enriquez Peck
Sacramento County

Eleuterio Perez
Lake County

Linda Lenier Rinaldo
Sonoma County

Florencio Verano
Solano County

July 25, 2003

Mr. Jerry Gomez
Associate Director, Children and Youth Development Unit
HHS/ACF Region IX
50 United Nations Plaza
San Francisco, California 94102

*Delivered via Facsimile: 415-437-8438*

Dear Mr. Gomez:

The Board of Directors of the California Human Development Corporation received your offer letter of July 24th. The Board of Directors met telephonically on July 25th 2003 and voted by a vote of seven ayes and one abstention to relinquish the Head Start and Early Head Start grants.

CHDC Board of Directors understands, as indicated in our letter of July 23rd, that good faith negotiations will now lead to a resolution of all issues, including, but not limited to, all liabilities related to the audit, mechanics liens, leases, litigation, recovery of close out costs and any possible ACF action that could negatively impact on CHDC. The Board also understands that as per your letter of July 24th "All reasonable and necessary close out costs will be fairly negotiated and charged to a close out grant, and all issues related to the transfer of facility, title, licenses, leases, lien claims and other transfer issues" will also be negotiated and resolved fairly.

Thank you for your courtesies in this matter.

Sincerely,

J. Bernardo

Jose Bernardo
Chair

Page
EXHIBIT NO. K
6-20-07 SM

cc: CHDC Board Members
Head Start Policy Council
Martin Tom –*Facsimile 415-437-8444*
Maria Fort – *Facsimile 415 –437- 8438*
George L. Ortiz
Louis F. Flores
Yolo County Head Start Director

Central Office: 3515 Airway Drive, Santa Rosa, CA 95403 - Tel.: 707.523.1155 - Fax: 707.523.3776

Recycled Paper

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CALIFORNIA HUMAN DEVELOPMENT
CORPORATION,
PLAINTIFF,
vs. Case No. 05-1029C
THE UNITED STATES, (Judge Williams)
DEFENDANT.
_________________________________/

DEPOSITION OF CHRISTOPHER PAIGE
Fairfield, California
Wednesday, June 20, 2007

Reported by:
STEPHANIE D. PLASKETT
CSR No. 9799
Job No. 181575

ORIGINAL

charged to a close out grant, and that all these issues related to the transfer of the facility title, license, liens and other lien claims will also be negotiated and resolved in the ordinary course of the close out, because at the time -- at this point in time, we'd only had one meeting, and none of the so-called extraordinary close out items had been approved or even really discussed conceptually.

And I thought it was useful to remind them of the fact that they'd made these commitments and agreements in the -- you know, the exchange of correspondence for the program transfer, relinquishment, you know, and the close out of the grant.

Q. BY MR. BIGLER: Did you believe that this paragraph that you quoted here encapsulated ACF's commitment to CHDC?

MR. CUNDRA: Objection relative to legal issues. There are other correspondence, as you know, including the one of the 25th. And asking this witness as to what and how you put these things together for a contract is beyond his expertise.

But you can give us -- he can provide his understanding about what the agreements have been.

THE WITNESS: My understanding is that it was a pretty good summary of what we'd agreed to.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ORIGINAL

CALIFORNIA HUMAN DEVELOPMENT CORPORATION,
PLAINTIFF,

vs.

THE UNITED STATES,
DEFENDANT.

______________________/

Case No. 05-1029C
(Judge Williams)

DEPOSITION OF JOSE A. BERNARDO
Fairfield, California
Tuesday, June 19, 2007

Reported by:
STEPHANIE D. PLASKETT
CSR No. 9799
Job No. 181574B

**going to ask you whether you recognize it.**

MR. CUNDRA: Take your time to read it.

MR. BIGLER: Mark this as K when you get a chance.

(Exhibit K marked.)

MR. BIGLER: We're back on the record.

**Q. Sir, you've had an opportunity to look at what we've marked as Exhibit J.**

**Do you recognize Exhibit J?**

A. Yes.

**Q. And what is it?**

A. It is supposed to be our close out agreement; that, on the final date, CHDC and ACF will negotiate all those disagreement, and that's what everything is there.

**Q. Okay. And you received this in response to your letter which we've marked as Exhibit I; is that correct?**

A. Yes, it is.

**Q. Did you have any discussions with Jerry Gomez or Martin Tom regarding the contents of this letter?**

A. I'm sure staff has, but not -- I didn't have -- I didn't have the -- the privilege of talking with these two person.

**Q. Okay. What was your understanding that was going to happen -- what was going to happen after you --**