**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| CALIFORNIA HUMAN DEVELOPMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 05-1029C<br>(Judge Williams) |

**<u>PLAINTIFF'S ADDITIONAL EXHIBITS AND WITNESS LISTS</u>**

Plaintiff, California Human Development Corporation (hereinafter "CHDC"), by and through counsel, hereby serves its Additional Exhibits and Witness Lists for Trial which is attached hereto. Further, Plaintiff's counsel consented to the Joint Exhibit List field Mr. Bigler and did not have any additional exhibits to add at the time. Pursuant to the Court's ruling allowing CHDC to depose Mr. Codington, Mr. Johnson and Mrs. Len, Plaintiff has submitted additional exhibits pursuant to those depositions along with its final witness list.

DATE: August 13, 2008

Respectfully submitted,

By: <u>/s/ Steve Cundra</u>

Steven D. Cundra (D.C. Bar No. 374074)
Roetzel & Andress, LPA
1300 Eye Street., N.W.
Suite 400 East
Washington, D.C. 20005
Tel: (202) 625-0660
Fax: (202) 338-6340
*Attorney for Plaintiff, California Human Development Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 13th day of August 2008, a copy of Plaintiff's Additional Exhibits and Witness Lists were filed with this Court's electronic filing system and sent to all counsel of record:

Robert Bigler, Esq.
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
*Counsel for Defendant, USA*

/s/ Sarah Watson
Sarah Watson, Paralegal
Roetzel & Andress, LPA
1300 Eye Street., N.W.
Suite 400 East
Washington, D.C. 20005
Tel: (202) 625-0660
Fax: (202) 338-6340

**CALIFORNIA HUMAN DEVELOPMENT CORP. V. UNITED STATES, NO. 05-1029C**

**LIST OF PLAINTIFF'S**
**TRIAL EXHIBITS AND WITNESSES**

| PEX# | DATE | DESCRIPTION OF EXHIBITS AND WITNESSES | ACTION | NOTES |
|---|---|---|---|---|
| PX 109 | July 28, 2008 | Plaintiff's Notice of Deposition of John Codington and Jan Len. | | |
| PX 110 | July 14, 2004 | Email to Chris Paige and Paulene Graham, cc: Kevin Flores, Rick Brusseau, Jan Len and John Codington from Re: CHDC Close Out | | |
| PX 111 | October 7, 2005 | Email to Martin Tom, cc: John Codington, Helen Green from Lenora Ball re: Resolution of Audit Findings on A-09-05-81458 for CHDC (CHDC-ID 4345 -4346). | | |
| PX 112 | October | Email to Martin Tom, cc: John Codington, Helen Green from Lenora Ball re: Resolution of Audit Findings on A-09-05-82300 for CHDC (CHDC-ID 4341 -4342). | | |
| PX 113 | August 14, 2003 | Email to Joseph Stein, Maria Fort, Shillbinkley@cditeam.org, Paulene Graham, Martin Tom and Jan Len from Jerry Gomez re CHDC Draft Closeout Letter. | | |
| PX 114 | October 24, 2003 | Letter to Carolyn Miller of CDI from Jan Len. (CHDC-ID 2338) | | |
| PX 115 | November 3, 2003 | Email to Rick Brusseau, Jerry Gomez, George Ortiz, Paul Johnson, Jan Len and Paulene Graham from Martin Tom re CHDC Close Out. (CHDC-ID 4952) | | |

**LIST OF DEFENDANT'S**
**TRIAL EXHIBITS AND WITNESSES**

| PEX# | DATE | DESCRIPTION OF EXHIBITS AND WITNESSES | ACTION | NOTES |
|---|---|---|---|---|
| PX 116 | August 5, 2008 | Plaintiff's Notice of Deposition of Paul Johnson. | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

CALIFORNIA HUMAN DEVELOPMENT CORP. V. UNITED STATES, NO. 05-1029C

LIST OF JOINT

TRIAL EXHIBITS AND WITNESSES

| PEX# | DATE | DESCRIPTION OF EXHIBITS AND WITNESSES | ACTION | NOTES |
|---|---|---|---|---|
| | | George Ortiz, Retired Staff and Former CEO of CHDC | | |
| | | Christophe Paige, CHDC Staff | | |
| | | Louise Flores, former legal counsel to CHDC | | |
| | | Kevin Flores, Former Assistant CFO at CHDC | | |
| | | Jose Bernardo, Former Chair of the Board of Directors | | |
| | | Yolando Rinaldo, Former Board Member | | |
| | | Robert Scharf, former legal counsel to CHDC | | |

**LIST OF DEFENDANT'S**

**TRIAL EXHIBITS AND WITNESSES**

| PEX# | DATE | DESCRIPTION OF EXHIBITS AND WITNESSES | ACTION | NOTES |
|---|---|---|---|---|
| | | Martin Tom, Grant Officer | | |
| | | Paulene Graham, Financial Operations Specialist | | |
| | | Gerald Gomez, Associate Program Manager | | |
| | | John Codington, Deputy Regional Administrator | | |
| | | Maria Fort, ACF Staff | | |
| | | Paul Johnson, Counsel to HHS/ACF | | |
| | | Jan Len, Regional Program Manager for the Office of Head Start | | |