# APPENDIX

**Tom, Martin (ACF)**

**From:** Tom, Martin (ACF)
**Sent:** Wednesday, July 14, 2004 1:13 PM
**To:** 'Chris Paige'; Graham, Paulene (ACF)
**Cc:** Kevin Flores; Rick Brusseau; Len, Jan (ACF); Codington, John (ACF)
**Subject:** RE: CHDC Close Out

Chris,

I wanted to give you some information about action items and timeframes basedon our conversation last week.

Need from CHDC by July 31, 2004

-

- The indirect cost rate can be applied to normal direct costs. CHDC indicated it applied the rate to some classes of direct costs and also separated out some costs covered by the rate re-classifying them as direct. Applying the rate to costs already classified as indirect is not acceptable. Please apply the rate only to direct costs that were not separated out of the indirect.
- Advise ACF on the potential credit to unreconciled insurance and indicate the revised amount. Concurrently, Paulene is checking the grant files on what we awarded for this health insurance.
- Advise ACF about the validity of the obligation for cell phones.

ACF Actions in Progress

-

- ACF is checking awards for leases and maintenance agreements.
- ACF is checking the award for unreconciled insurance.
- ACF will advise CHDC in the near future about closeout preliminary decisions and CHDC's opportunity to provide final input.

Marty Tom
Grants Officer
(415) 437-8632

> -----Original Message-----
> **From:** Chris Paige [mailto:chris.paige@chdcorp.org]
> **Sent:** Friday, June 25, 2004 4:01 PM
> **To:** Tom, Martin (ACF); Graham, Paulene (ACF)
> **Cc:** Kevin Flores; Rick Brusseau
> **Subject:** CHDC Close Out
>
> Dear Marty and Paulene:
>
> Looking forward to our conference call Monday so we can move forward on the close out.
>
> Best,
>
> Christopher Paige

110

Interim President /CEO
California Human Development Corporation
3315 Airway Drive
Santa Rosa, California 94503
chris.paige@chdcorp.org
Phone: 707-523-1155
Direct Line: 707-521-4726
Fax: 707-523-3776
Cell/Voice Mail: 707-291-0606
WEB SITE: http://www.chdcorp.org

**Tom, Martin (ACF)**

**From:** Ball, Lenora (ACF) (CTR)
**Sent:** Friday, October 07, 2005 3:43 PM
**To:** Tom, Martin (ACF)
**Cc:** Codington, John (ACF); Green, Helen (ACF); Ball, Lenora (ACF) (CTR)
**Subject:** Resolution of Audit Findings on A-09-05-81458 for CALIFORNIA HUMAN DEVELOPMENT CORPORATION
**Attachments:** 81458ata.doc

**A-09-05-81458 for CALIFORNIA HUMAN DEVELOPMENT CORPORATION**

This is a notification that the subject report was issued on 09/09/2005 for the period ending 06/30/2002. **The audit has 6 findings that require resolution.** Listed below are the ACF program(s) requiring action.

**ACF PROGRAM: (CH) HEAD START PROJECTS**
OCD DUE ON: 02/09/2006
GRANT #: 09CH0200
APPROPRIATIONS #: 75-2-1536, 75-9-1536
CAN #: G094120, G094122

Below are the findings requiring action:

AIMS NUMBER: 016901100
QUESTIONED AMOUNT:
ACF PROGRAM: (CH) HEAD START PROJECTS

AIMS NUMBER: 024905100
QUESTIONED AMOUNT:
ACF PROGRAM: (CH) HEAD START PROJECTS

AIMS NUMBER: 053935100
QUESTIONED AMOUNT:
ACF PROGRAM: (CH) HEAD START PROJECTS

AIMS NUMBER: 200935100
QUESTIONED AMOUNT:
ACF PROGRAM: (CH) HEAD START PROJECTS

AIMS NUMBER: 203935100
QUESTIONED AMOUNT:
ACF PROGRAM: (CH) HEAD START PROJECTS

AIMS NUMBER: 306922100
QUESTIONED AMOUNT:
ACF PROGRAM: (CH) HEAD START PROJECTS



CHDC-ID 4345

111

* This finding is coded as non-monetary, however the dollars have been identified should you wish to pursue them.

We will forward to your office any response received from the audited organization. You are requested to review the finding(s) listed above; when an appropriate resolution has been effected, you should prepare an original and six copies of an Office of Inspector General Clearance Document (OCD), Parts I, II, and/or Part III and submit it no later than the OCD due date(s) specified above to:

Administration for Children and Families
Office of Administration
Office of Financial Services
Division of Financial Integrity
6th Floor, Aerospace Building
370 L' Enfant Promenade, S.W.
Washington, D.C. 20447

**Tom, Martin (ACF)**

---

**From:** Ball, Lenora (ACF) (CTR)
**Sent:** Tuesday, October 18, 2005 12:18 PM
**To:** Tom, Martin (ACF)
**Cc:** Codington, John (ACF); Green, Helen (ACF); Ball, Lenora (ACF) (CTR)
**Subject:** Resolution of Audit Findings on A-09-05-82300 for CALIFORNIA HUMAN DEVELOPMENT CORPORATION
**Attachments:** 82300ata.doc

## A-09-05-82300 -- CALIFORNIA HUMAN DEVELOPMENT CORPORATION

This is a notification that the subject report was issued on 09/30/2005 for the period ending 06/30/2004. **The audit has 7 findings that require resolution.** Listed below are the ACF program(s) requiring action.

### ACF PROGRAM: (CH) HEAD START PROJECTS

OCD DUE ON: 02/28/2006
GRANT #: 09CH0200
APPROPRIATIONS #: 75-1-1536, 75-3-1536
CAN #: G094122

Below are the findings requiring action:

AIMS NUMBER: 004935100
QUESTIONED AMOUNT:
ACF PROGRAM: (CH) HEAD START PROJECTS

AIMS NUMBER: 034922100
QUESTIONED AMOUNT:
ACF PROGRAM: (CH) HEAD START PROJECTS

AIMS NUMBER: 053922100
QUESTIONED AMOUNT:
ACF PROGRAM: (CH) HEAD START PROJECTS

AIMS NUMBER: 055905100
QUESTIONED AMOUNT:
ACF PROGRAM: (CH) HEAD START PROJECTS

AIMS NUMBER: 055913100
QUESTIONED AMOUNT:
ACF PROGRAM: (CH) HEAD START PROJECTS

AIMS NUMBER: 205926100
QUESTIONED AMOUNT:
ACF PROGRAM: (CH) HEAD START PROJECTS

112

AIMS NUMBER: 209908100
QUESTIONED AMOUNT:
ACF PROGRAM: (CH) HEAD START PROJECTS

* This finding is coded as non-monetary, however the dollars have been identified should you wish to pursue them.

We will forward to your office any response received from the audited organization. You are requested to review the finding(s) listed above; when an appropriate resolution has been effected, you should prepare an original and six copies of an Office of Inspector General Clearance Document (OCD), Parts I, II, and/or Part III and submit it no later than the OCD due date(s) specified above to:

Administration for Children and Families
Office of Administration
Office of Financial Services
Division of Financial Integrity
6th Floor, Aerospace Building
370 L' Enfant Promenade, S.W.
Washington, D.C. 20447

CHDC-ID 4342

**Tom, Martin (ACF)**

**From:** Gomez, Jerry (ACF)
**Sent:** Thursday, August 14, 2003 11:40 AM
**To:** Stein, Joseph (HHS/OS); Fort, Maria (ACF); 'Shillbinkley@cditeam.org'
**Cc:** Graham, Paulene (ACF); Tom, Martin (ACF); Len, Jan (ACF)
**Subject:** RE: CHDC DRAFT CLOSEOUT LETTER

**Importance:** High

Joe - I've never heard of this. This is not typical.

Sandy- I'm forwarding this to you so that you and Cathy are aware of this facility issue as the interim grantee. I know you have just submitted your initial application for funding. My sense is that we will need to work in some legal costs into your budget. We will be discussing your submission with you shortly and will update you on this situation with the facility. Maria said that the landlord called her and appeared to be very reasonable. (Joe is our legal counsel)

-----Original Message-----
From: Stein, Joseph (HHS/OS)
Sent: Thursday, August 14, 2003 11:10 AM
To: Gomez, Jerry (ACF); Fort, Maria (ACF)
Cc: Graham, Paulene (ACF)
Subject: RE: CHDC DRAFT CLOSEOUT LETTER

Paulene brought me a copy of the lease. I was surprised to see that the agreement bars CHDC from transferring the lease without the landlord's consent. This is a problem. The interim grantee needs to start working right away with CHDC to obtain the landlord's consent to the transfer. This may require the interim grantee to retain counsel if the landlord is difficult.

Is this a typical situation? I'm surprised that Head Start grantees are not required to hold leases that permit transfer or that give ACF some kind of residual interest.

-----Original Message-----
From: Gomez, Jerry (ACF)
Sent: Thursday, August 14, 2003 8:10 AM
To: Stein, Joseph (HHS/OS); Fort, Maria (ACF)
Cc: Graham, Paulene (ACF)
Subject: RE: CHDC DRAFT CLOSEOUT LETTER

Paulene - do you have copy of lease?

Joe - interim grantees will not have legal counsel unless we fund them for it (we're waiting for budget -- should they include costs for that?)

-----Original Message-----
From: Stein, Joseph (HHS/OS)
Sent: Wednesday, August 13, 2003 5:04 PM
To: Fort, Maria (ACF)
Cc: Gomez, Jerry (ACF); Graham, Paulene (ACF)
Subject: RE: CHDC DRAFT CLOSEOUT LETTER

The file Pauline shared with me shows that a judgment filed on June 26, 2003 in Ticon v. Naekel, et al. awarded "costs" to Naegle, to be paid by Ticon Construction, so I don't see that Neagle has any claim against CHDC, unless there's some other litigation. Do you have a copy of CHDC's current lease? Unless there's something in there prohibiting CHDC from transferring the lease, I don't understand why the interim grantee needs to deal with Naegle until the lease expires. Does the interim grantee have legal counsel?

-----Original Message-----
From: Fort, Maria (ACF)
Sent: Wednesday, August 13, 2003 10:27 AM
To: Stein, Joseph (HHS/OS)
Subject: RE: CHDC DRAFT CLOSEOUT LETTER

I got a calls from both George Ortiz and from the landlord, Jim Naegle. The status is that the rent has been paid, but the landlord will not negotiate any lease with anybody until the $9,000 in legal fees has been paid. According to Ortiz yhis stems from Tyco suing CHDC for $140,000 and the lean against the property. This is where the landlord's name got involved. CHDC offered their lawyers to the landlord, but he chose to hire his own. Ortiz expects us to pay the $9,000.

-----Original Message-----
From: Stein, Joseph (HHS/OS)
To: Graham, Paulene (ACF); Gomez, Jerry (ACF); Tom, Martin (ACF); Fort, Maria (ACF); Johnson, Paul (HHS/OS)
Sent: 8/12/2003 7:55 PM
Subject: RE: CHDC DRAFT CLOSEOUT LETTER

I will respond with my comments tomorrow. Maria, what's CHDC's story on the overdue rent and the claimed legal fees? Are these still issues?

-----Original Message-----
From: Graham, Paulene (ACF)
Sent: Tuesday, August 12, 2003 12:48 PM
To: Gomez, Jerry (ACF); Tom, Martin (ACF); Stein, Joseph (HHS/OS); Fort, Maria (ACF); Johnson, Paul (HHS/OS)
Subject: CHDC DRAFT CLOSEOUT LETTER

Attached is the closeout letter for CHDC (Head Start and Early Head Start). Please review. Also, I left a section avail for input/comments
re: litigations, mechanic liens, etc. This letter needs to go out no later than Friday (preferably Thursday), so could you pls send input/comments to me by noon tomorrow. Thanks

Paulene Graham-Melvin

Financial Operations Specialist

HHS/ACF/CYDU - Region 9

San Francisco Regional Office

(415) 437-8418 - voice

(415) 434-8438 - fax

pgraham@acf.hhs.gov

DEPARTMENT OF HEALTH & HUMAN SERVICES

Administration for
Children & Families

Region IX
50 United Nations Plaza
San Francisco, CA 94102

SAN FRANCISCO
RECEIVED
2003 OCT 28 PM 12:19

Refer to: 09CH9060/2004

October 24, 2003

Carolyn J. Miller, Executive Director
Community Development Institute
9745 E. Hampden Avenue, Suite 310
Denver, CO 80231

Dear Ms. Miller:

This is to confirm that when Community Development Institute's (CDI) tenure as interim grantee expires for the Yolo County Head Start and Early Head Start programs, ACF will require the replacement grantee to accept an assignment from CDI of the long term lease dated August 30, 1999, between California Human Development Corporation and Jim Naekel and Diane Naekel, together with all lease attachments and modifications, relating to the subject premises at 626 West Lincoln Avenue, Woodland, California. At the end of CDI's interim grant, allowable transition costs will be reimbursed, and any transition costs attributable to the lease will be addressed in that context.

Sincerely,

Jan Len, Director
Children and Youth Development Unit

114

**Tom, Martin (ACF)**

**From:** Tom, Martin (ACF)
**Sent:** Monday, November 03, 2003 9:25 AM
**To:** 'Chris Paige'
**Cc:** Rick Brusseau; Gomez, Jerry (ACF); George L. Ortiz; Johnson, Paul (HHS/OS); Len, Jan (ACF); Graham, Paulene (ACF)
**Subject:** RE: CHDC Close Out

Chris,

Paul Johnson (the regional attorney) said Friday that he expects to finalize the lease transfer agreement and get it to you by Tuesday for CHDC to sign, thus completing the assignment of the lease to CDI.

This will permit completion of our review of the closing costs. We're doing a coordinated review of the request, so I need to see where we are.

Marty Tom
Grants Officer
(415)437-8632

-----Original Message-----
**From:** Chris Paige [mailto:chris.paige@chdcorp.org]
**Sent:** Thursday, October 30, 2003 4:08 PM
**To:** Tom, Martin (ACF)
**Cc:** Rick Brusseau; George L. Ortiz
**Subject:** CHDC Close Out

Dear Marty:

I'm hoping we can speak on Friday. Rick Brusseau alerted me that some of the costs associated with the close out involving outside attorneys (the Karen Trejo case for example) are due and they are requesting payment before proceeding.

It would be most helpful to get an overview of ACF's view of our close out budget request and maybe we can move forward on the items where there is agreement.

Thanks,

Christopher Paige
Vice President
California Human Development Corporation
3315 Airway Drive
Santa Rosa, California 94503
chris.paige@chdcorp.org
Phone: 707-523-1155





115