IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CALIFORNIA HUMAN DEVELOPMENT CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-1029C |
| v. | ) | |
| | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court enlarge by fourteen days, to and including September 29, 2008, the deadline for defendant to locate any additional documents in the above-titled matter. This is the first request by the United States for an enlargement of time for this purpose. Defendant is currently required to provide any additional documents and a declaration from the agency by September 15, 2008. On September 11, 2008, counsel for the government contacted counsel for California Human Development Corporation ("CHDC") to ask whether CHDC would oppose this motion. Counsel for CHDC stated that CHDC will not oppose this motion.

At the trial in this matter the week of August 25, 2008, the Court ordered the defendant to search for and provide if located additional documents identified in a letter from plaintiff's counsel dated May 14, 2008. The Court also ordered that the defendant provide a declaration from the agency stating the efforts conducted to search for these documents. The Court set a deadline of September 15, 2008 for the defendant to complete the search and provide the declaration. This extension is necessary because agency counsel was out of the office from September 2, 2008 until September 10, 2008. In addition, the Department of Justice attorney assigned to this matter will be in California for depositions in <u>Biofunction, LLC v. United States</u>,

case no. 07-67C (Fed. Cl.) from September 15, 2008 until and including September 19, 2008. As the Court also set a deadline of September 29, 2008 for the parties to file any additional documents with the Court that should be admitted in this matter, defendant requests that this deadline be extended to October 13, 2008.

Enlarging the time allowed will allow the defendant to complete a thorough search for documents and provide any documents that are located to plaintiff. Granting this request for an enlargement should not cause any material inconvenience, prejudice, or delay. Accordingly, we respectfully request that this Court enlarge by fourteen days, to and including September 29, 2008, the deadline for defendant to locate additional documents and provide any additional documents to plaintiff. We also request that the deadline to file any additional documents with the Court be extended to October 13, 2008.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/ Robert C. Bigler
ROBERT C. BIGLER
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0315
Fax: (202) 305-7644

September 12, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 12th day of September 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert C. Bigler