# In the United States Court of Federal Claims

**No. 05-1029C**
**(Filed: September 15, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**CALIFORNIA HUMAN DEVELOPMENT** *
**CORPORATION,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

---

On September 12, 2008, Defendant filed an unopposed motion for an enlargement of time of 14 days, to and including September 29, 2008, for Defendant, as directed by the Court, to locate any additional documents and provide any documents located to Plaintiff. Defendant also requests that the deadline for the parties to file any additional documents with the Court be extended. Good cause having been shown, Defendant's motion is **GRANTED**. Defendant shall provide any additional documents that are located to Plaintiff by **September 29, 2008,** and the parties shall file any additional documents with the Court by **October 14, 2008.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**